B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Massachusetts

In re   **Biopure Corporation** _____   Case No. _____

Debtor(s)   Chapter   **11**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,500,000.00** | **6 months FY 2009 from Product Sales and Research and Development Revenue** |
| **$3,100,000.00** | **FY 2008 from Product Sales and Research and Development Revenue** |
| **$2,500,000.00** | **FY 2007 from Product Sales and Research and Development Revenue** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$57,000.00** | **Distribution from Eleven Hurley Street Associates (EHSA) FY 2007** |
| **$32,377.74** | **Insurance Refund FY 2007** |
| **$30,250.00** | **Sale of Equipment FY 2007** |
| **$524,127.62** | **Interest Income FY 2007** |
| **$43,500.00** | **Distribution from EHSA FY 2008** |
| **$43,653.31** | **Income from EHSA FY 2008** |
| **$105,000.00** | **Investment in EHSA FY 2008** |
| **$73,563.61** | **Insurance Refund FY 2008** |
| **$272,534.72** | **Interest Income FY 2008** |
| **$43,374.00** | **Investment in EHSA FY 2009** |
| **$11,399.68** | **Interest Income FY 2009** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **10 Progress Drive LLC**<br>**10 Progress Drive**<br>**Dover, NH 03820** | **5/21/09** | **$11,458.33** | **$0.00** |
| **American Stock Transfer & Trust**<br>**40 Wall Street**<br>**New York, NY 10005** | **4/1/09 (2,500); 4/1/09 (2,000); 4/14/09 (2,000); 6/2/09 (4,000)** | **$10,500.00** | **$6,000.00** |
| **Bingham McCutchen**<br>**P.O. Box 3486**<br>**Boston, MA 02241** | **4/8/09** | **$20,000.00** | **$55,262.47** |
| **Blue Cross/Blue Shield of MA**<br>**401 Park Drive**<br>**Boston, MA 02215** | **4/22/09 (26,498.74); 5/19/09 (10,356.46)** | **$36,855.20** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Caturano & Company<br>80 City Square<br>Charlestown, MA 02129 | 6/25/09 | $22,055.00 | $0.00 |
| City of Cambridge<br>795 Massachusetts Avenue<br>Cambridge, MA 02139 | 5/7/09 (60,094.39); 5/7/09 (829.79) | $60,924.18 | $1,105.00 |
| ConEdison Solutions<br>P.O. Box 223246<br>Pittsburgh, PA 15251 | 4/28/09 (9,094.91); 5/20/09 (7,973.96) | $17,068.87 | $22,096.24 |
| Eleven Hurley Street Associates<br>11 Hurley Street<br>Cambridge, MA 02141 | 4/28/09 (25,338.64); 5/27/09 (48,423.61); 5/27/09 (25,338.64); 6/30/09 (25,338.64) | $124,439.53 | $0.00 |
| Ernst & Young LLP<br>200 Clarendon Street<br>Boston, MA 02206 | 4/28/09 (6,000); 6/22/09 (5,000); 6/25/09 (5,000) | $16,000.00 | $0.00 |
| Feldman Weinstein & Smith<br>420 Lexington Avenue<br>New York, NY 10170 | 4/28/09 | $10,000.00 | $0.00 |
| Hamilton, Brook, Smith & Reynolds Corp.<br>530 Virginia Road<br>Concord, MA 01742 | 4/1/09 (22,875.63); 4/28/09 (6,391.62); 5/20/09 (4,510.00); 6/10/09 (26,905.00); 6/25/09 (5,493.68); 6/25/09 (12,387); 7/7/09 (1,300) | $79,862.93 | $23,062.42 |
| Hess Corporation<br>P.O. Box 905243<br>Charlotte, NC 28290 | 4/14/09 (16,879.63); 4/22/09 (2,344.71); 4/28/09 (1,1418.68); 5/20/09 (5,624.54) | $26,267.56 | $3,363.27 |
| Looney Cohen Reagan & Aisenberg LLP<br>33 Broad Street<br>6th Floor<br>Boston, MA 02109 | 5/21/09 | $7,500.00 | $0.00 |
| Moody, Famiglietti & Andronico, LLP<br>1 Highwood Drive<br>Tewksbury, MA 01876 | 4/1/09 (15,666.25); 4/14/09 (972.00); 7/6/09 (10,000) | $26,638.25 | $0.00 |
| Newbury, Piret Companies Inc.<br>200 State Street<br>12th Floor<br>Boston, MA 02109 | 6/23/09 | $15,615.77 | $0.00 |
| New England Innovations Corp.<br>4 Progress Drive<br>Dover, NH 03820 | 4/22/09 | $12,500.00 | $0.00 |
| NSTAR Electric<br>P.O. Box 4508<br>Woburn, MA 01888-4508 | 4/1/2009 (6,028.96); 4/28/09 (4,831.75); 6/2/09 (3,646.69) | $14,507.40 | $4,866.61 |
| NStar Gas<br>P.O. Box 4508<br>Woburn, MA 01888-4508 | 4/1/09 (2,220.20); 4/14/09 (3,765.20); 4/28/09 (1,721.16); 5/20/09 (3,731.48); 7/10/09 (1,492.21) | $12,930.25 | $8,342.24 |
| Robert Half Management Resources<br>125 High Street<br>20th Floor<br>Boston, MA 02110 | 4/14/09 (2,880); 4/28/09 (4,800) | $7,680.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Spear Realty, LLC 1605 Stoney Garden Road Quakertown, PA 18951 | 4/1/09 (12,000); 4/28/09 (6,003.99); 5/27/09 (6,001.33); 6/30/09 ($6,001.33) | $30,006.65 | $0.00 |
| Tarvis Realty Trust c/o Alicia Hintlian P.O. Box 84 Winchester, MA 01890 | 4/28/09 (28,365.92); 5/27/09 (28,365.92); 6/30/09 (28,365.92) | $85,097.76 | $0.00 |
| Triumvirate Environmental, Inc. P.O. Box 136 Somerville, MA 02143 | 4/8/09 | $5,277.99 | $3,622.50 |
| University of North Carolina | | $12,404.05 | $0.00 |
| United States Food & Drug Administration 10903 New Hampshire Avenue Silver Spring, MD 20993 | 4/7/09 | $126,125.00 | $0.00 |
| Vaughn & Associates, P.C. 639 Granite Street Braintree, MA 02184 | 5/20/09 (1,975.63); 6/5/09 (1,752.75); 6/15/09 (10,970.61) | $14,698.99 | $2,029.38 |
| William Gallagher Associates 470 Atlantic Avenue Boston, MA 02210 | 5/27/09 (34,561); 6/16/09 (32,761.75); 6/29/09 (524,625.00) | $591,947.75 | $0.00 |

None
■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| America's Growth Capital, LLC v. Biopure Corporation; SUCV2009-00956-BLS | Alleged fraud and business torts | Massachusetts Superior Court, Suffolk County | Pending |
| Brenneman v. Harrington; 06-01183 | Derivative action | Massachusetts Superior Court, Suffolk County | Pending |
| In re Biopure Corporation Securities Litigation; 03-12628-NG | Derivative action | United States District Court for the District of Massachusetts (Boston) | Hearing on final settlement scheduled for 7/24/09 |
| Biopure Corporation v. Carl W. Rausch; MICV2008-00678 | Contract | Massachusetts Superior Court, Middlesex County | Pending |
| Biopure Corporation v. Salah Abdel-Aleem; MICV2007-02472 | Contract | Massachusetts Superior Court, Middlesex County | Pending |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Biopure Corporation v. Charles Natanson, 08-1732(EGS)** | **Defamation, Trade Libel/Injurious Falsehood, Intentional Interference with Prospective Advantageous Business Relationships** | **United States District Court for the District of the District of Columbia** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
□    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Craig and Macauley Professional Corporation Federal Reserve Plaza 600 Atlantic Avenue Boston, MA 02210** | **6/12/09 (75,000); 7/15/09 (75,000)** | **$150,000** |
| **Ropes & Gray LLP One International Place Boston, MA 02110** | **4/30/09 (10,000); 5/21/09 (15,000); 6/12/09 (75,000); 7/1/09 (20,000); 7/13/09 ($25,000)** | **$145,000** |

**10. Other transfers**

None
□    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Spear Realty LLC 520 Springfield Street P.O. Box 334 Coopersburg, PA 18036** None | **3/3/09** | **Land, plant and equipment located at 674 Souder Road, Souderton, PA; Value received: $1,116,000** |
| **Dechra Veterinary Products 7015 College Boulevard Suite 525 Leawood, KS 66211** None | **1/14/09** | **Oxyglobin inventory; Value received: $796,150** |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Eleven Hurley Street Associates** | **04-3238668** | **11 Hurley Street Cambridge, MA 02141** | **Real property** | **Perpetual; Began 4/29/1994** |
| **Biopure Netherlands, BV** | **N/A** | **Parnassustoren Locatellikade 1 1076 AZ Amsterdam, Netherlands** | **Holds EU market authorization for Oxyglobin** | **Perpetual; Began 4/17/1998** |
| **Biopure South Africa, Pty, Ltd.** | **N/A** | **Ground Floor, Marlborough Gate, Hyde Park Lane, Co** | **Marketing and related regulatory services** | **Perpetual; Began 10/1/2002** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Reperfusion Systems Incorporated** | **22-32312-1** | **11 Hurley Street Cambridge, MA 02141** | **None** | **Perpetual; Began 5/24/2001** |
| **DeNovo Technologies Corporation** | **04-3138573** | **11 Hurley Street Cambridge, MA 02141** | **None** | **Perpetual; Began 3/25/1993** |
| **NeuroBlok Incorporated** | **04-3150396** | **11 Hurley Street Cambridge, MA 02141** | **None** | **Perpetual; Began 10/10/1991** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

#### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Nicole Burton 104 Vinal Street Revere, MA 02151** | **11/98-present** |
| **Jeannie Rooney c/o Vaughn Associates Braintree, MA 02184** | **4/09-present** |
| **Robert Skiba 55 Highland Street Natick, MA 01760** | **8/08-3/09** |
| **Robert Prentiss 177 Dayton Street Danvers, MA 01923** | **11/99-8/08** |
| **Patricia Barnes 125 Crystal Avenue Revere, MA 02151** | **12/07-6/08** |
| **Francis H. Murphy 17 Seaborn Place Lexington, MA 02420** | **11/99-12/07** |
| **David A. Butler 28 Ethan Allen Drive Acton, MA 01720** | **1/08-7/08** |
| **Todd Wood 264 Red Oak Lane Carmel, IN 46033** | **10/07-11/07** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Ernst & Young LLP** | **200 Clarendon Street** **Boston, MA 02206** | **1998-1/08** |
| **Caturano and Company** | **80 City Square** **Charlestown, MA 02129** | **2/08-present** |
| **Moody, Famigliette & Andronico, LLP** | **1 Highwood Drive** **Tewksbury, MA 01876** | **2004-present** |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Biopure Corporation** | **11 Hurley Street** **Cambridge, MA 02141** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **The Debtor's financial statements** **are filed with the SEC** | |

### 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **4/30/08** | **Robert Prentiss** | **$3,156,000** |
| **10/31/08** | **Nicole Burton** | **$1,995,000** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **4/30/08** | **Biopure Corporation** **Attn: Nicole Burton** **11 Hurley Street** **Cambridge, MA 02141** |
| **10/31/08** | **Biopure Corporation** **Attn: Nicole Burton** **11 Hurley Street** **Cambridge, MA 02141** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐ controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Zafiris G. Zafirelis** **11 Hurley Street** **Cambridge, MA 02141** | **President, Chief Executive** **Officer and Director** | |
| **Jane Kober** **11 Hurley Street** **Cambridge, MA 02141** | **Senior Vice President, General** **Counsel and Secretary** | |
| **Allen D. Gunn** **725 Key Royal Drive** **Bradenton Beach, FL 34217** | | **5.17% shareholder (last known 2008)** |
| **Tinkham Veale II Revocable Trust** **1700 Epping Road** **Gates Mills, OH 44040** | | **10.44% shareholder** |

### 22 . Former partners, officers, directors and shareholders

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■ commencement of this case.

NAME                                ADDRESS                                DATE OF WITHDRAWAL

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐ immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Barry L. Scott** **2 Malcolm Street** **Hingham, MA 02043** | **Vice President of Business** **Development** | **11/19/08** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐ in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jay B. Pieper** **48 Draper Road** **Wayland, MA 01778** **Director** | **Quarterly payment of director's** **compensation** | **$8,750 per quarter** |

**The Debtor paid regular salary to**
**officers during this period.**

### 24. Tax Consolidation Group.

None If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■ group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
of the case.

NAME OF PARENT CORPORATION                                TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date _____          Signature _____

                                         **Zafiris G. Zafirelis**
                                         **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## (EASTERN DIVISION)

In re:

BIOPURE CORPORATION,

Debtor.

Chapter 11
Case No. 09-_____-___

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date: _____ 7 - 16 - 09 _____

/s/ Zafiris G. Zafirelis_____
Zafiris G. Zafirelis
President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571.*

<u>Attachment 22: Patents</u>
[See following 54 pages]

**Tuesday, June 02, 2009**

## Status Report

Page: 1

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1001-002/**
**Australia**

PCT

Application Number/Date: 1087188
10-Nov-1987

Patent Number/Date: 622610
16-Oct-1992

Status: Granted

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* PETER MAXWELL & ASSOCIATES
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

*Remarks:* Claiming priority to USSN 928,345 filed 11/10/87 and USSN 107,421 filed 10/13/87; exPCT/US87/02967

---

**1161.1001-003/**
**Canada**

ORD

Application Number/Date: 551356
09-Nov-1987

Patent Number/Date: 1312009
29-Dec-1992

Status: To be Abnd.

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:* 08812545CA

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* Gowling Lafleur Henderson LLP, Toronto
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

*Remarks:* Claiming priority to USSN 928,345 filed 11/10/86 and USSN 107,421 filed 10/13/87

Abandoned per clients instructions of 1/9/09

---

**1161.1001-004/**
**Japan**

PCT

Application Number/Date: 50077988
10-Nov-1987

Patent Number/Date: 2962731
06-Aug-1999

Status: Granted

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* KYOWA PATENT AND LAW OFFICE
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

*Remarks:* Claiming priority to USSN 928,345 filed 11/10/86 and USSN 107,421 filed 10/13/87; exPCT/US87/02967
filed 11/10/87

---

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

Page: 2

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1001-006/ United States of America | CON | 08/209,949 11-Mar-1994 | | 5,618,919 08-Apr-1997 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:**
                                    *Attorney(s):* NSP
                                    *Client Ref:*
                                    *Agent Ref:*

**Title:** Ultra Pure Hemoglobin Solutions And Blood-Substitutes
**Inventor(s):** Rausch, Carl W.; Feola, Mario

**Remarks:** CON of 07/820,153 filed 1/13/92 which is a CON of 07/119, 07/119,121 filed 11/10/87, which is a CIP of 07/107,421 filed 10/13/87, which is a CIP of 06/928,345 filed 11/10/86 Terminal Disclaimer: 1/28/09

| 1161.1001-007/ United States of America | CON | 08/838,514 08-Apr-1997 | | 5,905,141 18-May-1999 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:**
                                    *Attorney(s):* NSP
                                    *Client Ref:*
                                    *Agent Ref:*

**Title:** Ultra-Pure Hemoglobin Solutions And Blood Substitutes (as amended)
**Inventor(s):** Rausch, Carl W.; Feola, Mario

**Remarks:** Cont of 08/209,949 filed 3-11-94, which is a Cont of 07/820,153 filed 1-13-92, which is a Cont o07/119,121 filed 11-10-87, which is a CIP of 07/107,421 filed 10-13-87, which is a CIP of 06/928,345 filed 11-10-86

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1001-008/<br>United States of America | CON | 09/309,069<br>10-May-1999 | | 6,506,725<br>14-Jan-2003 | Granted |

Owner Name: Biopure Corporation
Client Name: Biopure Corporation
Agent Name:
    Title: Ultra Pure Hemoglobin Solutions And Blood Substitutes (As Amended)
Inventor(s): Rausch, Carl W.; Feola, Mario

Attorney(s): DEB
Client Ref:
Agent Ref:

Remarks: Cont of 08/838,514, filed 4-8-97, which is a Cont of 08/209,949 filed 3-11-94 (U.S. Patent 5,618,919, issued 4-8-97), which is a Cont of 07/820,153, filed 1-13-92 (U.S. Patent 5,296,465) which is a Cont of 07/119,121, filed 11-10-87 (U.S. Patent 5,084,588), which is a CIP of 07/107,421 filed 10-13-87, now abandoned, which is a CIP of 06/928,345 filed 11-10-86, now abandoned

| 1161.1001-010/<br>United States of America | CIP | 07/119,121<br>10-Nov-1987 | | 5,084,558<br>28-Jan-1992 | Granted |

Owner Name: Biopure Corporation
Client Name: Biopure Corporation
Agent Name:
    Title: Extra Pure Semi-synthetic Blood Substitute
Inventor(s): Rausch, Carl W.; Feola, Mario

Attorney(s): DEB
Client Ref:
Agent Ref:

Remarks: CIP of 07/107,421 filed 10/13/87, which is a CIP of 06/928,345 filed 11/10/86

| 1161.1001-012/<br>European Patent Convention | ORD | 87116556.9<br>10-Nov-1987 | | 0277289<br>25-Feb-1992 | Natl Proc |

Owner Name: Biopure Corporation
Client Name: Biopure Corporation
Agent Name: GRAHAM WATT & CO. LLP
    Title: Extra Pure Semi-Synthetic Blood Substitute
Inventor(s): Rausch, Carl W.; Feola, Mario

Attorney(s): DEB
Client Ref:
Agent Ref: 10071

Remarks: Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87; PatentNo. 0277289; granted 2/25/92

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

| Tuesday, June 02, 2009 | | **Status Report** | | | Page: 4 |

**Docket Number/Subcase**
**Country Name**

| Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |

---

**1161.1001-013/**
**France**

EPC

Application Number/Date: 8711 6556.9
10-Nov-1987

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

Patent Number/Date: 0277289
25-Feb-1992

Status: Granted

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 8711 6556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

---

**1161.1001-014/**
**United Kingdom**

EPC

Application Number/Date: 8711 6556.9
10-Nov-1987

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

Patent Number/Date: 0277289
25-Feb-1992

Status: Granted

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 8711 6556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

---

**1161.1001-015/**
**Germany**

EPC

Application Number/Date: 8711 6556.9
10-Nov-1987

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Extra Pure Semi-Synthetic Blood Substitute
*Inventor(s):* Rausch, Carl W.; Feola, Mario

Patent Number/Date: 0277289
25-Feb-1992

Status: Granted

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 8711 6556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

---

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1001-018/**
**Italy**

EPC    87116556.9
     10-Nov-1987

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP
**Title:** Extra Pure Semi-Synthetic Blood Substitute
**Inventor(s):** Rausch, Carl W.; Feola, Mario

0277289
25-Feb-1992

Granted

**Attorney(s):** DEB
**Client Ref:**
**Agent Ref:**

**Remarks:** EPC 87116556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

---

**1161.1001-023/**
**Spain**

EPC    87116556.9
     10-Nov-1987

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP
**Title:** Extra Pure Semi-Synthetic Blood Substitute
**Inventor(s):** Rausch, Carl W.; Feola, Mario

0277289
25-Feb-1992

Granted

**Attorney(s):** DEB
**Client Ref:**
**Agent Ref:**

**Remarks:** EPC 87116556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

---

**1161.1001-024/**
**Sweden**

EPC    87116556.9
     10-Nov-1987

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP
**Title:** Extra Pure Semi-Synthetic Blood Substitute
**Inventor(s):** Rausch, Carl W.; Feola, Mario

0277289
25-Feb-1992

Granted

**Attorney(s):** DEB
**Client Ref:**
**Agent Ref:**

**Remarks:** EPC 87116556.9 filed 11/10/87; Claiming priority to 928,345 filed 11/10/86; 107,421 filed 10/13/87; and 119,121 filed 11/10/87

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1001-026/<br>United States of America | CON | 07/820,153<br>13-Jan-1992 | | 5,296,465<br>22-Mar-1994 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Title:* Ultra Pure Hemoglobin Solutions and Blood Substitutes
*Inventor(s):* Rausch, Carl W.; Feola, Mario

*Remarks:* CIP of 07/119,121 filed 11/10/87 which is a CIP of 07/107,421 filed 10/13/87 which is a CIP of06/928,345 filed 11/10/86

| 1161.1006-000/<br>United States of America | ORD | 07/539,970<br>15-Jun-1990 | | 5,095,765<br>17-Mar-1992 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* DEB
*Client Ref:*
*Agent Ref:*

*Title:* Sample Valve For Sterile Processing
*Inventor(s):* Filbey, Geoffrey J.; Boulton, Richard C.

| 1161.1009-000/<br>United States of America | ORD | 08/477,916<br>07-Jun-1995 | | 5,952,470<br>14-Sep-1999 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method For Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Filed opened 6/7/95.

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1009-001/ Canada | PCT | 2222679 05-Jun-1996 | | | To be Abnd. |

    *Owner Name:* Biopure Corporation
    *Client Name:* Biopure Corporation     *Attorney(s):* NSP
                                                    *Client Ref:*
    *Agent Name:* Gowling Lafleur Henderson LLP, Ottawa     *Agent Ref:* 08877662CA
    *Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
    *Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

    *Remarks:* exPCT/US96/09251; Priority to 08/477,916 filed 6-7-95

                  Abandoned per client instructions via e-mail of 3-16-09

| 1161.1009-004/ Japan | PCT | 9501610 05-Jun-1996 | | 3950477 27-Apr-2007 | Granted |

    *Owner Name:* Biopure Corporation
    *Client Name:* Biopure Corporation     *Attorney(s):* NSP
                                                    *Client Ref:*
    *Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE     *Agent Ref:* P993
    *Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
    *Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

    *Remarks:* exPCT/US96/09251; Priority to 08/477,916 filed 6-7-95

| 1161.1009-007/ France | EPC | 96918239.3 05-Jun-1996 | | 0832131 16-Feb-2000 | Granted |

    *Owner Name:* Biopure Corporation
    *Client Name:* Biopure Corporation     *Attorney(s):* NSP
                                                    *Client Ref:*
    *Agent Name:* GRAHAM WATT & CO. LLP     *Agent Ref:*
    *Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
    *Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

    *Remarks:* EPC 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority To 08/477,916 Filed 6/7/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1009-008/ Germany | EPC | 96918239.3 05-Jun-1996 | | 696067072-08 16-Feb-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin

*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPO 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority To 08/477,916 Filed 6/7/95

| | | | | | |
|---|---|---|---|---|---|
| 1161.1009-009/ Italy | EPC | 96918239.3 05-Jun-1996 | | 0832131 16-Feb-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin

*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority to 08/477,916 Filed 6/7/95

| | | | | | |
|---|---|---|---|---|---|
| 1161.1009-010/ Spain | EPC | 96918239.3 05-Jun-1996 | | 0832131 16-Feb-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin

*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority to 08/477,916 Filed 6/7/95

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1009-011/ Sweden | EPC | 96918239.3 05-Jun-1996 | | 0832131 16-Feb-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

         *Attorney(s):* NSP
         *Client Ref:*
         *Agent Ref:*

*Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority to 08/477,916 Filed 6/7/95

| 1161.1009-012/ United Kingdom | EPC | 96918239.3 05-Jun-1996 | | 0832131 16-Feb-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

         *Attorney(s):* NSP
         *Client Ref:*
         *Agent Ref:*

*Title:* Separating Unmodified Hemoglobin From Cross-Linked Hemoglobin
*Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96918239.3 filed 6/5/96; exPCT/US96/09251; Priority To 08/477,916 Filed 6/7/95

| 1161.1027-000/ United States of America | ORD | 08/409,337 23-Mar-1995 | | 5,854,209 29-Dec-1998 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

         *Attorney(s):* NSP
         *Client Ref:*
         *Agent Ref:*

*Title:* Method For Oxygenating Tissue Having Reduced Red Blood Cell Flow
*Inventor(s):* Rausch, Carl W.; Jacobs, Jr., Edward E.

*Remarks:* Case Opened 9/22/94

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

Page: 10

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-001/ United States of America | CON | 08/458,916 02-Jun-1995 | | 5,840,852 24-Nov-1998 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

    *Attorney(s):* NSP
    *Client Ref:*
    *Agent Ref:*

*Title:* Method For Producing Ultrapure Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Continuation of 08/409,337 filed 3/23/95

| 1161.1027-002/ United States of America | CIP | 08/484,775 07-Jun-1995 | | 5,955,581 21-Sep-1999 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

    *Attorney(s):* NSP
    *Client Ref:*
    *Agent Ref:*

*Title:* Method For Producing A Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* CIP of copending S/N 08/458,916 filed 6/2/95, which is a CON of 08/409,337 filed 3/23/95, which isalso a CIP of 08/209,949 filed 3/11/94, which is a CON of 07/820,153 filed 1/13/92 (5,296,465), whichis a CON of 07/119,121 filed 11/10/87 (5,084,558), which isa CIP of 07/107,421 filed 10/13/87(abandoned), which is a CIP of 06/928,345 filed 11/10/86 (abandoned).

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-003/ United States of America | DIV | 08/478,004 07-Jun-1995 | | 5,753,616 19-May-1998 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*
   *Attorney(s):* NSP
   *Client Ref:*
   *Agent Ref:*
   *Title:* Method For Producing A Stable Polymerized Hemoglobin Blood-Substitute
   *Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Div (under Rule 1.3) of 08/484,775 filed 6/7/95 which is a CIP of 08/458,916 filed 6/2/95, which is aCON of 08/409,337 filed 3/23/95  Also a CIP of 08/209,949 filed 3/11/94, which is a CON of07/820,153 filed 1/13/92 (US Patent 5,296,465,) which is a CON of 07/119,121 filed 11/10/87 (USPatent 5,084,558) which is a CIP of 07/107,421 filed 10/13/87 (abandoned), which is a CIP of06/928,345 filed 11/10/86 (abandoned)

| 1161.1027-004/ United States of America | CIP | 08/487,288 07-Jun-1995 | | 5,895,810 20-Apr-1999 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*
   *Attorney(s):* NSP
   *Client Ref:*
   *Agent Ref:*
   *Title:* Stable Polymerized Hemoglobin And Use Thereof
   *Inventor(s):* Laccetti, Anthony J.; Gawryl, Maria S.; Light, William R.

*Remarks:* CIP of BP94-03A filed 6/2/95, which is a CIP of copending U.S. application S/N 08/409,337 filed3/23/95. Converted from BP93-02

| 1161.1027-007/ United States of America | CIP | 08/471,583 07-Jun-1995 | | 5,691,452 25-Nov-1997 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*
   *Attorney(s):* NSP
   *Client Ref:*
   *Agent Ref:*
   *Title:* Method For Preserving A Hemoglobin Blood Susbstitute
   *Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* CIP of 08/458,916 filed 6/2/95, which is a CON of 08/409,337 filed 3/23/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-009/ United States of America | CIP | 09/173,189 14-Oct-1998 | | 6,271,351 07-Aug-2001 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:**

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method For Preserving A Hemoglobin Blood Susbstitute

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* CIP of 09/974,658 filed 11/19/97, which is a CONT of 08/471,583 filed 6/7/95 (5,691,452), which is aCIP of 08/458,916 filed 6/2/95, which is a CON of 08/409,337 filed 3-23-95

| 1161.1027-012/ Taiwan | ORD | 088117769 14-Oct-1999 | I235662 11-Jul-2005 | I235662 11-Jul-2005 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** TAI E INTERNATIONAL

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* FCP-22635

*Title:* Method For Preserving A Hemoglobin Blood Substitute

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Priority To 09/173,189 Filed 10/14/98

| 1161.1027-013/ United States of America | CIP | 09/349,290 07-Jul-1999 | | 6,610,832 26-Aug-2003 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:**

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* CIP of 09/173,189 filed 10/14/98 which is a CIP of 08/974,658 filed 11/19/97, now abandoned, which isa CIP of 08/471,583 filed 6/7/95, now issued Patent 5,691,452, which is a CIP of 08/458,916 filed6/2/95, now issued Patent 5,840,582, which is a Cont of 08/409,337 filed 3/23/95, now issued Patent5,854,209

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Page: 13**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-014/<br>United States of America | CIP | 09/348,881<br>07-Jul-1999 | | 6,288,027<br>11-Sep-2001 | Granted |

**Owner Name:** Biopure Corporation

**Client Name:** Biopure Corporation

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:*

**Agent Name:**

**Title:** Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** CIP of 09/173,189 filed 10/14/98 which is a CIP of 08/974,658 filed 11/19/97, now abandoned, which isa CIP of 08/471,583 filed 6/7/95, now issued Patent 5,691,452, which is a CIP of 08/458,916 filed6/2/95, now issued Patent 5,840,582, which is a Cont of 08/409,337 filed 3/23/95, now issued Patent5,854,209

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-018/<br>United States of America | CIP | 09/113,953<br>10-Jul-1998 | | 6,150,507<br>21-Nov-2000 | Granted |

**Owner Name:** Biopure Corporation

**Client Name:** Biopure Corporation

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:*

**Agent Name:**

**Title:** Method For Producing A Purified Hemoglobin Product

*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

**Remarks:** CIP 08/473,497 filed 6-7-95 which is a CIP of 08/458,916 filed 6/2/95, which is a CON of 08/409,337filed 3/23/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-021/ Australia | PCT | 5322796 22-Mar-1996 | | 705225 26-Aug-1999 | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation      *Client Ref:*
*Agent Name:* SPRUSON & FERGUSON      *Agent Ref:*
         *Attorney(s):* NSP
         *Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US96/04030; Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-022/ Canada | PCT | 2215697 22-Mar-1996 | | | Allowed |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation      *Client Ref:*
*Agent Name:* SWABEY OGILVY RENAULT, Toronto      *Agent Ref:* P59-PCA4
         *Attorney(s):* NSP
         *Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US96/04030; Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

Per email instructions of 5/13/09, application changed back to Allowed status after Issue Fee payment.

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-024/**
**Japan**

PCT   08528657
22-Mar-1996

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE
*Title:* Stable Polymerized Hemoglobin Blood-Substitute

Status: **Pending**
*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* F-9-029

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US96/04030; Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

**1161.1027-025/**
**New Zealand**

PCT   305258
22-Mar-1996

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* J.D. HARDIE & CO.
*Title:* Stable Polymerized Hemoglobin Blood-Substitute

305258
08-Feb-2001

Status: **To be Abnd.**
*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US96/04030; Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

**Tuesday, June 02, 2009**

# Status Report

**Page: 16**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-034/ United States of America | CON | 09749,504 26-Dec-2000 | | 6,541,449 01-Apr-2003 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Increasing Function Of Organs Having Reduced Red Blood Cell Flow
*Inventor(s):* Rausch, Carl W.; Jacobs, Jr., Edward E.

*Remarks:* Continuation of 09/471,779 filed 12/23/99 which is a continuation of 09/215,714 filed 12/18/98, which isa continuation of 08/409/337 filed 3/23/95; Terminal Disclaimer filed 9/12/02

| 1161.1027-035/ Australia | PCT | 4700399 21-Jun-1999 | 755280 05-Dec-2002 | 755280 27-Mar-2003 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* DAVIES COLLISON CAVE

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 23746S0/JEH

*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

| 1161.1027-036/ Canada | PCT | 2336808 21-Jun-1999 | | 2336808 19-Aug-2008 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* Gowling Lafleur Henderson LLP, Montreal

*Attorney(s):* NSP   EAD
*Client Ref:*
*Agent Ref:* 08889811CA

*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-037/ China (People's Republic) | PCT | 998082864 21-Jun-1999 | CN1308636 15-Aug-2001 | ZL998082864 15-Sep-2004 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION
    *Title:* Method For Purifying Hemoglobin
    *Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* PPCUS010327

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-038/ European Patent Convention | PCT | 999304678 21-Jun-1999 | 1097171 09-May-2001 | 1097171 06-Dec-2006 | Natl Proc |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Title:* Method For Purifying Hemoglobin
    *Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 14466

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-039/ Japan | PCT | 2000559150 21-Jun-1999 | 2002520338 09-Jul-2002 | | Pending |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE
    *Title:* Method For Purifying Hemoglobin
    *Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* HM-01-001

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

Page: 18

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-040/<br>New Zealand | PCT | 509257<br>21-Jun-1999 | | 509257<br>07-Jul-2003 | Granted |

*Owner Name:* Biopure Corporation

*Client Name:* Biopure Corporation

*Agent Name:* DAVIES COLLISON CAVE

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:* 2374663

*Title:* Method For Purifying Hemoglobin

*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Remarks:* exPCT/US99/13922; Priority to 09/113,953 filed 7/10/98

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-041/1<br>European Patent Convention | DIV | 00204284.4<br>01-Dec-2000 | | | To be Abnd. |

*Owner Name:* Biopure Corporation

*Client Name:* Biopure Corporation

*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:*

*Title:* Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Div of 96/909855.7 filed 3/22/96; exPCT/US96/04030; Priorityto 08/409,337 filed 3-23-95; 08/458,916filed 6-2-95; 08/471,583; 08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-042/2**
European Patent Convention

DIV    0020428l.0
01-Dec-2000    Allowed

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP    *Client Ref:*
    *Agent Ref:* 12553EPDIV2
*Title:* Stable Polymerized Hemoglobin Blood-Substitue

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Div of 96909855.7 filed 3/22/96; exPCT/US96/04030; Priorityto 08/409,337 filed 3-23-95;
08/458,916filed 6-2-95; 08/471,583; 08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

**1161.1027-043/3**
European Patent Convention

DIV    00204276.0
01-Dec-2000    To be Abnd.

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP    EAD
*Agent Name:* GRAHAM WATT & CO. LLP    *Client Ref:*
    *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitue

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Div of 96909855.7 filed 3/22/96; exPCT/US96/04030; Priorityto 08/409,337 filed 3-23-95;
08/458,916filed 6-2-95; 08/471,583; 08/473,497; 08/478,004 08/484,775; and08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

Page: 20

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-045/ Australia | PCT | 6424999 13-Oct-1999 | | 743248 09-May-2002 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* DAVIES COLLISON CAVE

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method For Preserving A Hemoglobin Blood Substitute
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-047/ China (People's Republic) | PCT | 998120707 13-Oct-1999 | CN1323159 21-Nov-2001 | ZL998120707 28-Dec-2005 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* PPCUS010365

*Title:* Method For Preserving A Hemoglobin Blood Substitute
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-049/ Japan | PCT | 2000575363 13-Oct-1999 | | | Pending |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method For Preserving A Hemoglobin Blood Substitute
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Tuesday, June 02, 2009

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-050/ New Zealand | PCT | 511008 13-Oct-1999 | | 511008 09-Jun-2003 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation                    *Attorney(s):* NSP
*Agent Name:* DAVIES COLLISON CAVE                    *Client Ref:*
                                                      *Agent Ref:* 2405093
*Title:* Method For Preserving A Hemoglobin Blood Substitute
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

| 1161.1027-053/ Hong Kong | ORD | 011067873 26-Sep-2001 | 1036076 21-Dec-2001 | | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation                    *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP                   *Client Ref:*
                                                      *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 002004284.4 filed 12/1/00; which is a of Div 1 of EPO 96909855.7 filed 3/22/96; exPCT/US96/04030;Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583; 08/473,497; 08/478,00408/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-054/<br>Hong Kong | ORD | 011067855<br>26-Sep-2001 | 1035992<br>21-Dec-2001 | | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 00204281.0 filed 12/1/00; which is a Div 2 of 96909855.7 filed 3/22/96; exPCT/US96/04030;Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583; 08/473,497; 08/478,00408/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

| 1161.1027-055/<br>Hong Kong | ORD | 011067864<br>26-Sep-2001 | 1036075<br>21-Dec-2001 | | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 00204276.0 filed 12/1/00; which is a Div 3 of 96909855.7 filed 3/22/96; exPCT/US96/04030;Priority to 08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583; 08/473,497; 08/478,00408/484,775; and 08/487,288, all filed 6-7-95

Abandoned per client instructions of 3/10/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-056/4**
European Patent Convention

Case Type: DIV

Application Number/Date: 020751277.7   14-Jan-2002

Publication Number/Date: 1211261   05-Jun-2002

Status: To be Abnd.

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP   EAD
*Client Ref:*
*Agent Ref:* 12553EPDIV4

*Title:* Stable Polymerized Hemoglobin Blood-Substitue

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Div of EPO 96099855.7 filed 3/22/96; exPCTUS96/04030; Priority to 08/409,337 filed 3/23/95;08/458,916 filed 6/2/95; 08/471,583, 08/473,497, 08/478,004, 08/484,775 and 08/487,288, all filed 6/7/95

Abandoned per client instructions of 3/10/09

**1161.1027-064/**
United States of America

Case Type: PCT

Application Number/Date: 10/018,599   07-Jul-2000

Patent Number/Date: 7,041,800   09-May-2006

Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* US National Phase of PCT/US00/18747 filed 7/7/00; Priority to 09/348,881 filed 7/7/99; and is a con of09/348,881 filed 7/7/99; which is a cip of 09/173,189 filed10/14/98, which is a cip of 08/974,658 filed11/19/97, which is a con of 08/471,583 filed 6/7/95, which is a cip of 08/458,916 filed 6/2/95, which isa con of 08/409,337 filed 3/23/95

Deposit Date: 22-May-2004; 371(c) date: 5/22/04

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-065/**
**European Patent Convention**

PCT    00945285.5    1196128    1196128    Natl Proc
07-Jul-2000    06-Mar-2002    02-Nov-2005

*Owner Name:* Biopure Corporation     *Attorney(s):* NSP
*Client Name:* Biopure Corporation     *Client Ref:*
*Agent Name:* GRAHAM WATT & CO. LLP     *Agent Ref:* 1512TEP
*Title:* Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US00/18750; priority to 09/349,290 filed 7/7/99

**1161.1027-071/**
**New Zealand**

PCT    516471      516471    Granted
07-Jul-2000      03-Nov-2003

*Owner Name:* Biopure Corporation     *Attorney(s):* NSP
*Client Name:* Biopure Corporation     *Client Ref:*
*Agent Name:* DAVIES COLLISON CAVE     *Agent Ref:*
*Title:* Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US00/18750; priority to 09/349,290 filed 7/9/99

**1161.1027-072/**
**United States of America**

PCT    10/018,529      7,041,799    Granted
07-Jul-2000      09-May-2006

*Owner Name:* Biopure Corporation     *Attorney(s):* NSP
*Client Name:* Biopure Corporation     *Client Ref:*
*Agent Name:*     *Agent Ref:*
*Title:* Preserving A Hemoglobin Blood Substitute With A Transparent Overwrap
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US00/18750 filed 7/7/2000, priority to 09/349,290 filed 7/9/99

Deposit Date: 03-Jun-2002; 371(c) date: 6/3/02

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

| Tuesday, June 02, 2009 | | **Status Report** | | |
|---|---|---|---|---|
| **Docket Number/Subcase** **Country Name** | **Case Type** | **Application Number/Date** | **Publication Number/Date** | **Patent Number/Date** | **Status** |

**1161.1027-073/**
**Hong Kong**

PCX    01087254    1037643    1037643    Granted
12-Dec-2001    15-Feb-2002    27-May-2005

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* AKCES INTERNATIONAL CORPORATION    *Client Ref:*
    *Agent Ref:* PHK/US02/0327
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Remarks:* China 99808286.4 filed 6/21/99; exPCT/US99/13922; priority to 09/113,953 filed 7/10/98

**1161.1027-074/**
**Hong Kong**

PCX    02102446    1041415    1041415    Granted
02-Apr-2002    12-Jul-2002    04-Aug-2006

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* AKCES INTERNATIONAL CORPORATION    *Client Ref:*
    *Agent Ref:* PHK/US02/0365
*Title:* Method For Preserving A Hemoglobin Blood Substitute
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* China 99812070.7 filed 10/13/99; exPCT/US99/23631; Priorityto 09/173,189 filed 10/14/98

**1161.1027-080/**
**France**

EPC    96909855.7    0815138    0815138    Granted
22-Mar-1996    28-Aug-2002

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP    *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96909855.7 filed 3/22/96; exPCT/US96/04030; Priority to08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Tuesday, June 02, 2009

**Status Report**

Page: 26

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-081/<br>Germany | EPC | 96909855.7<br>22-Mar-1996 | | 69623267.7-08<br>28-Aug-2002 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Attorney(s):* NSP
    *Client Ref:*
    *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens
(deceased), Robert A.; Light, William R.

*Remarks:* EPC 96909855.7 filed 3/22/96; exPCT/US96/04030; Priority to08/409,337 filed 3-23-95; 08/458,916 filed
6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

| 1161.1027-084/<br>Italy | EPC | 96909855.7<br>22-Mar-1996 | | 0815138<br>28-Aug-2002 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Attorney(s):* NSP
    *Client Ref:*
    *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens
(deceased), Robert A.; Light, William R.

*Remarks:* EPC 96909855.7 filed 3/22/96; exPCT/US96/04030; Priority to08/409,337 filed 3-23-95; 08/458,916 filed
6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

| 1161.1027-089/<br>Spain | EPC | 96909855.7<br>22-Mar-1996 | | 0815138<br>28-Aug-2002 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Attorney(s):* NSP
    *Client Ref:*
    *Agent Ref:*
*Title:* Stable Polymerized Hemoglobin Blood-Substitute
*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens
(deceased), Robert A.; Light, William R.

*Remarks:* EPC 96909855.7 filed 3/22/96; exPCT/US96/04030; Priority to08/409,337 filed 3-23-95; 08/458,916 filed
6-2-95; 08/471,583;08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Tuesday, June 02, 2009

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-092/ United Kingdom | EPC | 96909855.7 22-Mar-1996 | | 0815138 28-Aug-2002 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

**Title:** Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 96909855.7 filed 3/22/96; exPCT/US96/04030; Priority to08/409,337 filed 3-23-95; 08/458,916 filed 6-2-95; 08/471,583/08/473,497; 08/478,004 08/484,775; and 08/487,288, all filed 6-7-95

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-093/ Hong Kong | ORD | 021051718 12-Jul-2002 | 1043373 13-Sep-2002 | | To be Abnd. |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

**Title:** Stable Polymerized Hemoglobin Blood-Substitute

*Inventor(s):* Laccetti, Anthony J.; Rausch, Carl W.; Jacobs, Jr., Edward E.; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPO 02075127.7 filed 1/14/02; which is a div of Div of EPO96909855.7 filed 3/22/96; ExPct/US96/04030 filed 22 March 1996; priority to: 08/409,337filed 23 March 1995; 08/458,916 filed 02June 1995; 08/471,583, 08/473,497, 08/478,004, 08/484,775, and 08/487,288 all filed on 07 June 1995

Abandoned per client instructions of 3/10/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-100/<br>France | EPC | 99951910.1<br>13-Oct-1999 | | 1121016<br>15-Jan-2003 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:* 14645 FR
*Agent Ref:*

**Title:** Method For Preserving A Hemoglobin Blood Substitue

**Inventor(s):** Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** EPC 99951910.1 filed 10/13/99; exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-101/<br>Germany | EPC | 99951910.1<br>13-Oct-1999 | | 69904960.1-08<br>15-Jan-2003 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

**Title:** Method For Preserving A Hemoglobin Blood Substitue

**Inventor(s):** Belfort, Georges

**Remarks:** EPC 99951910.1 filed 10/13/99; exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-104/<br>Italy | EPC | 99951910.1<br>13-Oct-1999 | | 1121016<br>15-Jan-2003 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:* 14645 IT
*Agent Ref:*

**Title:** Method For Preserving A Hemoglobin Blood Substitue

**Inventor(s):** Belfort, Georges

**Remarks:** EPC 99951910.1 filed 10/13/99; exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-109/**
**Spain**

Case Type: EPC
Application Number/Date: 99951910.1  13-Oct-1999
Patent Number/Date: 1121016  15-Jan-2003
Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation        *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP        *Client Ref:* 14645 ES
*Title:* Method For Preserving A Hemoglobin Blood Substitute        *Agent Ref:*
*Inventor(s):* Belfort, Georges

*Remarks:* EPC 99951910.1 filed 10/13/99; exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

**1161.1027-112/**
**United Kingdom**

Case Type: EPC
Application Number/Date: 99951910.1  13-Oct-1999
Patent Number/Date: 1121016  15-Jan-2003
Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation        *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP        *Client Ref:* 14645 GB
*Title:* Method For Preserving A Hemoglobin Blood Substitute        *Agent Ref:*
*Inventor(s):* Belfort, Georges

*Remarks:* EPC 99951910.1 filed 10/13/99; exPCT/US99/23631; Priority To 09/173,189 Filed 10/13/98

**1161.1027-134/**
**Belgium**

Case Type: EPP
Application Number/Date: 99930467.8  21-Jun-1999
Patent Number/Date: 1097171  06-Dec-2006
Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation        *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP        *Client Ref:*
*Title:* Method For Purifying Hemoglobin        *Agent Ref:*
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1027-135/**
**Denmark**

EPP
999304167.8
21-Jun-1999

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

1097171
06-Dec-2006

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

Granted

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

**1161.1027-136/**
**France**

EPP
999304167.8
21-Jun-1999

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

1097171
06-Dec-2006

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

Granted

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

**1161.1027-137/**
**Germany**

EPP
999304167.8
21-Jun-1999

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

69934312.7-08
06-Dec-2006

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

Granted

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-138/ Ireland | EPP | 99930467.8 21-Jun-1999 | | 1097171 06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-139/ Italy | EPP | 99930467.8 21-Jun-1999 | | 1097171 06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-140/ Netherlands | EPP | 99930467.8 21-Jun-1999 | | 1097171 06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-141/<br>Spain | EPP | 99930467.8<br>21-Jun-1999 | | 1097171<br>06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-142/<br>Sweden | EPP | 99930467.8<br>21-Jun-1999 | | 1097171<br>06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-143/<br>Switzerland | EPP | 99930467.8<br>21-Jun-1999 | | 1097171<br>06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Method For Purifying Hemoglobin
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1027-144/ United Kingdom | EPP | 99930467.8 21-Jun-1999 | | 1097171 06-Dec-2006 | Granted |

*Owner Name:* Biopure Corporation  
*Client Name:* Biopure Corporation  
*Agent Name:* GRAHAM WATT & CO. LLP  
      *Title:* Method For Purifying Hemoglobin  
*Inventor(s):* Rausch, Carl W.; Houtchens (deceased), Robert A.

*Attorney(s):* NSP  
*Client Ref:*  
*Agent Ref:*

*Remarks:* exEPC 99930467.8, filed 6/21/1999; exPCT/US99/13922, filed 6/21/1999; which claims priority to 09/113,953, filed 7/10/1998; which is a continuation-in-part of 08/473,497 filed 6/7/95; which is a continuation-in-part of 08/458,916 filed 6/2/95; which is a continuation of 08/409,337, filed 3/23/95

| 1161.1027-146/ Hong Kong | RCN | 07104125.3 19-Apr-2007 | | | To be Abnd. |

*Owner Name:* Biopure Corporation  
*Client Name:* Biopure Corporation  
*Agent Name:* AKCES INTERNATIONAL CORPORATION  
      *Title:* Preserving A Hemoglobin Blood Substitute With A TransparentOverwrap  
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Attorney(s):* NSP  
*Client Ref:*  
*Agent Ref:* PHK/US07/1100/HBS

*Remarks:* Abandoned by client via fax 11/5/07; Allow the Hong Kong application to lapse due to Chinese application to go abandoned

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1028-000/<br>United States of America | ORD | 08/360,149<br>20-Dec-1994 | | 5,589,354<br>31-Dec-1996 | Granted |

*Owner Name:* Bing L. Wong, Ph.D.
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* DEB   RWW
*Client Ref:*
*Agent Ref:*

*Title:* Halogenation Of Cephalexin With Haloperoxidase From Rathayibacter Biopuresis (as amended)

*Inventor(s):* Wong, Bing L.; Shen, Yong-Qiang; Chen, Yung-Pin

*Remarks:* Case opened: 12/20/94; Client Decided To Allow Patent To Expire

| 1161.1029-000/<br>United States of America | ORD | 08/475,899<br>07-Jun-1995 | | 5,691,453<br>25-Nov-1997 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Separation Of Polymerized Hemoglobin From Unpolymerized Hemoglobin On Hydroxyaptite Using HPLC

*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Remarks:* Case opened 1/20/95

| 1161.1029-001/<br>Canada | PCT | 2222755<br>05-Jun-1996 | | 2222755<br>20-May-2008 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* Gowling Lafleur Henderson LLP, Toronto

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 08877661CA

*Title:* Separation Of Hemoglobin On Hydroxyaptite Using HPLC

*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Remarks:* exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1029-006/<br>France | EPC | 96918160.1<br>05-Jun-1996 | | 0832130<br>26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Title:* Separation Of Hemoglobin Of Hydroxypatite Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

| 1161.1029-007/<br>Germany | EPC | 96918160.1<br>05-Jun-1996 | | 69607963.1-08<br>26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Title:* Separation Of Hemoglobin Of Hydroxypatite Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

| 1161.1029-008/<br>Italy | EPC | 96918160.1<br>05-Jun-1996 | | 0832130<br>26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
    *Title:* Separation Of Hemoglobin Of Hydroxypatite Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1029-009/ Spain | EPC | 96918160.1 05-Jun-1996 | | 0832130 26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Separation Of Hemoglobin Of Hydroxypatie Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

| 1161.1029-010/ Sweden | EPC | 96918160.1 05-Jun-1996 | | 0832130 26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Separation Of Hemoglobin Of Hydroxypatie Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

| 1161.1029-011/ United Kingdom | EPC | 96918160.1 05-Jun-1996 | | 0832130 26-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* Separation Of Hemoglobin Of Hydroxypatie Using HPLC
*Inventor(s):* Wertz, Curtis E.; Gawryl, Maria S.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* EPC 96918160.1 filed 6/5/96; exPCT/US96/09063; Priority to 08/475,899 filed 6-7-95

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

Page: 37

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1033-000/<br>United States of America | ORD | 08/673,147<br>01-Jul-1996 | | 5,808,011<br>15-Sep-1998 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*
*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Case opened 2-23-96

| 1161.1033-002/<br>Australia | PCT | 3580297<br>26-Jun-1997 | | 718557<br>13-Apr-2000 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* DAVIES COLLISON CAVE
*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US97/11149, 08/673,147 filed 7/1/96

| 1161.1033-004/<br>Canada | PCT | 2259632<br>26-Jun-1997 | | 2259632<br>08-Apr-2008 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* SWABEY OGILVY RENAULT, Toronto
*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* P59-PCA37
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US97/11149, filed 7/1/96, 08/673,147 filed 7/1/96

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

| Tuesday, June 02, 2009 | | | Status Report | | |
|---|---|---|---|---|---|
| **Docket Number/Subcase Country Name** | **Case Type** | **Application Number/Date** | **Publication Number/Date** | **Patent Number/Date** | **Status** |
| 1161.1033-005/ China (People's Republic) | PCT | 97195343.0 26-Jun-1997 | | ZL971953430 08-Nov-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Attorney(s):* NSP
*Client Ref:*
*Agent Name:* AKCES INTERNATIONAL CORPORATION
*Agent Ref:* PPC/US98/013
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US97/11149, filed 7/1/96, 08/673,147 filed 7/1/96

| 1161.1033-006/ European Patent Convention | PCT | 97932311.0 26-Jun-1997 | | 0954528 19-May-2004 | Opposed |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Attorney(s):* NSP   EAD
*Client Ref:*
*Agent Name:* GRAHAM WATT & CO. LLP
*Agent Ref:* 13188EP
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US97/11149, filed 7/1/96, 08/673,147 filed 7/1/96

| 1161.1033-007/ Hong Kong | PCX | 99104337.6 10-Oct-1999 | 1019151 14-Jan-2000 | HK1019151 03-Aug-2007 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Attorney(s):* NSP
*Client Ref:* BP96-01
*Agent Name:* AKCES INTERNATIONAL CORPORATION
*Agent Ref:* US980135
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* China 971953430 filed 6/26/97; exPCT/US97/11149; Priority to 08/673,147 filed 7/1/96

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1033-008/<br>Japan | PCT | 50429698<br>26-Jun-1997 | | 4031833<br>26-Oct-2007 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* ODAJIMA PATENT OFFICE
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 199811105

*Remarks:* exPCT/US97/11149, filed 7/1/96, 08/673,147 filed 7/1/96

No divisional to be filed per client instructions of 8/2/07

| | | | | | |
|---|---|---|---|---|---|
| 1161.1033-010/<br>Taiwan | ORD | 86108949<br>26-Jun-1997 | 390887<br>21-May-2000 | 116580<br>23-Oct-2000 | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* TAI E INTERNATIONAL
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Remarks:* Priority to 08/673,147 filed 7/1/96

Abandoned per clients instructions of 5-13-09

| | | | | | |
|---|---|---|---|---|---|
| 1161.1033-011/<br>France | EPC | 979323110<br>26-Jun-1997 | 0954528<br>19-May-2004 | | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 13188

*Remarks:* EPC 979323110 filed 6/26/97;exPCT/US97/11149, filed 7/1/96; Claims priority to 08/673,147 filed 7/1/96

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Tuesday, June 02, 2009

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1033-012/**
**Germany**

EPC   97932311.0
26-Jun-1997

6972921.7-08
19-May-2004

Granted

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 97932311.0 filed 6/26/97;exPCT/US97/11149, filed 7/1/96; Claims priority to 08/673,147 filed 7/1/96

**1161.1033-013/**
**United Kingdom**

EPC   97932311.0
26-Jun-1997

0954528
19-May-2004

Granted

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 97932311.0 filed 6/26/97;exPCT/US97/11149, filed 7/1/96; Claims priority to 08/673,147 filed 7/1/96

**1161.1033-015/**
**Italy**

EPC   97932311.0
26-Jun-1997

0954528
19-May-2004

Granted

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP
*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 97932311.0 filed 6/26/97;exPCT/US97/11149, filed 7/1/96; Claims priority to 08/673,147 filed 7/1/96

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1033-016/ Spain | EPC | 979323311.0 26-Jun-1997 | | 0954528 19-May-2004 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 97932311.0 filed 6/26/97;exPCT/US97/11149, filed 7/1/96; Claims priority to 08/673,147 filed 7/1/96

| 1161.1033-018/1 China (People's Republic) | DIV | 200510003908.9 10-Jan-2005 | CN1743340A 08-Mar-2006 | | Published |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP      EAD
*Client Ref:*
*Agent Ref:* PRC/US04/0927/HBS

*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* DIV OF 97195343O; exPCT/US97/11149, filed 7/1/96, 08/673,147 filed 7/1/96

| 1161.1033-019/ Hong Kong | RCN | 06108785.6 08-Aug-2006 | 1088341 03-Nov-2006 | | Published |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* A Method For Chromatographic Removal Of Prions
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* Parent China 200510003908.9 filed 10 January 2005; which is a divisional of China 97195343.0 filed 26 June 1997; ex PCT/US97/11149 filed 26 June 1997; which claims benefit of USSN 08/673,147 filed 01 July 1996

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1035-000/ United States of America | ORD | 09/950,270 10-Sep-2001 | 2003049232 13-Mar-2003 | 6,811,778 02-Nov-2004 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells
*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* Case opened 6/22/99

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1035-003/ China (People's Republic) | PCT | 02817734.7 10-Sep-2002 | CN1553817A 08-Dec-2004 | | Allowed |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP    EAD
*Client Ref:*
*Agent Ref:* PPCTUS04/0802HBS

*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells
*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* exPCT/US02/28903; Priority to 09/950,270 filed 9/10/01

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1035-004/**
European Patent Convention

PCT    02757684.2      1425047            Pending
10-Sep-2002     09-Jun-2004

*Owner Name:* Biopure Corporation                              *Attorney(s):* NSP
*Client Name:* Biopure Corporation                              *Client Ref:*
*Agent Name:* GRAHAM WATT & CO. LLP                   *Agent Ref:* 16441
*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells
*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* exPCT/US02/28903; Priority to 09/950,270 filed 9/10/01

**1161.1035-005/**
Japan

PCT    2003526440                                   Pending
10-Sep-2002

*Owner Name:* Biopure Corporation                              *Attorney(s):* NSP
*Client Name:* Biopure Corporation                              *Client Ref:*
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE      *Agent Ref:* HM-04-007
*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells
*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* exPCT/US02/28903; Priority to 09/950,270 filed 9/10/01

**1161.1035-006/**
United States of America

DIV    10/967,475      20050079162     7,267,817       Granted
18-Oct-2004     14-Apr-2005     11-Sep-2007

*Owner Name:* Biopure Corporation                              *Attorney(s):* NSP
*Client Name:* Biopure Corporation                              *Client Ref:*
*Agent Name:*                                         *Agent Ref:*
*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells
*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* This application is a divisional of U.S. Application No. 09/950,270, filed September 10, 2001

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.1035-007/<br>Hong Kong | RCN | 051040559<br>13-May-2005 | | | Pending |

*Owner Name:* Biopure Corporation

*Client Name:* Biopure Corporation

*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:*

*Title:* Method For Improving Oxygen Transport By Stored Red Blood Cells

*Inventor(s):* Jacobs, Jr., Edward E.; Page, Thomas C.; Light, William R.

*Remarks:* CN 02817734.7; Claims priority to 09/950,270 filed 9/10/01; exPCT/US02/28903 filed 9/10/02;

| 1161.1036-001/<br>United States of America | CON | 10/998,861<br>29-Nov-2004 | | 7,135,554<br>14-Nov-2006 | Granted |

*Owner Name:* Biopure Corporation

*Client Name:* Biopure Corporation

*Agent Name:*

*Attorney(s):* NSP

*Client Ref:*

*Agent Ref:*

*Title:* Method Of Forming A Polymerized Hemoglobin Solution From Stabilized Hemoglobin

*Inventor(s):* Page, Thomas C.; Torres, Jose O.; Light, William R.

*Remarks:* This application is a continuation of U.S. Application No. 10/765,570, filed January 27, 2004

| 1161.1036-002/<br>United States of America | CON | 11/583,363<br>19-Oct-2006 | 20070219335<br>20-Sep-2007 | 7,459,535<br>02-Dec-2008 | Granted |

*Owner Name:* Biopure Corporation

*Client Name:* Biopure Corporation

*Agent Name:*

*Attorney(s):* NSP    EAD

*Client Ref:*

*Agent Ref:*

*Title:* Method Of Forming A Polymerized Hemoglobin Solution From Stabilized Hemoglobin

*Inventor(s):* Page, Thomas C.; Torres, Jose O.; Light, William R.

*Remarks:* This application is a continuation of U.S. Application No. 10/998,861, filed November 29, 2004, which is a continuation of U.S. Application No. 10/765,570, filed January 27, 2004.

Terminal Disclaimer dated 2/15/08

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.1036-003/**
United States of America

CON    12/326,076
01-Dec-2008

Status: Pending

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

Attorney(s): NSP    EAD
*Client Ref:*
*Agent Ref:*

*Title:* Method Of Forming A Polymerized Hemoglobin Solution From Stabilized Hemoglobin

*Inventor(s):* Page, Thomas C.; Torres, Jose O.; Light, William R.

*Remarks:* This application is a continuation of U.S. Application No. 11/583,363, filed October 19, 2006 which is a continuation of U.S. Patent No. 7,135,554, filed November 29, 2004, which is a continuation of U.S. Application No. 10/765,570, filed January 27, 2004

**1161.2001-000/**
United States of America

ORD    09/795,821
28-Feb-2001

2002016197
31-Oct-2002

6,518,010
11-Feb-2003

Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

Attorney(s): NSP
*Client Ref:*
*Agent Ref:*

*Title:* Use Of Defibrinated Blood For Manufacture Of A Hemoglobin-Based Oxygen Carrier

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**1161.2001-003/1**
United States of America

RCE    10/306,819
26-Nov-2002

20030113707
19-Jun-2003

6,986,984
17-Jan-2006

Status: Granted

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

Attorney(s): NSP
*Client Ref:*
*Agent Ref:*

*Title:* Use Of Defibrinated Blood For Manufacture Of A Hemoglobin-Based Oxygen Carrier

*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* This application is a Divisional of U.S. Application No. 09/795,821, filed February 28, 2001.

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Page: 46**

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-004/ Australia | PCT | 2002250229 28-Feb-2002 | 2002250229 25-Nov-2004 | 2002250229 10-Mar-2005 | To be Abnd. |

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 1231890

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* DAVIES COLLISON CAVE
*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

Abandoned per client's instructions via e-mail 01/09/09

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-005/ Canada | PCT | 2439123 28-Feb-2002 | | | To be Abnd. |

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 0889856ICA

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* Gowling Lafleur Henderson LLP, Montreal
*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

Abandoned per client's instructions via e-mail 01/09/09

Notice of Abandonment received, dated 4/27/09; Date of Abandonment: 2009/03/02

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-006/<br>China (People's Republic) | PCT | 02807358.4<br>28-Feb-2002 | CN1499978<br>26-May-2004 | ZL028073584<br>16-Aug-2006 | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* AKCES INTERNATIONAL CORPORATION

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* PPC/US03/0742

*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

Abandoned per client's instructions via e-mail 01/09/09

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-007/<br>European Patent Convention | PCT | 02719129.5<br>28-Feb-2002 | 1443947<br>11-Aug-2004 | | To be Abnd. |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP   EAD
*Client Ref:*
*Agent Ref:* 16198

*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

Abandoned per client's instructions via e-mail 01/09/09

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-008/<br>Japan | PCT | 2002567323<br>28-Feb-2002 | | | Pending |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* HM-03-020

*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2001-009/ New Zealand | PCT | 527882 28-Feb-2002 | 31-Mar-2006 | 527882 28-Jul-2006 | Granted |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation       *Attorney(s):* NSP
*Agent Name:* DAVIES COLLISON CAVE     *Client Ref:*
*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier     *Agent Ref:* 12321920
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

| | | | | | |
|---|---|---|---|---|---|
| 1161.2001-010/ Hong Kong | PCX | 041072276 20-Sep-2004 | 1064305A 28-Jan-2005 | | Published |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation       *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP     *Client Ref:*
*Title:* Manufacture Of A Hemoglobin-Based Oxygen Carrier     *Agent Ref:* 16198HK
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* ExEPC 02719129.5, filed 2/28/2002; exPCT/US02/06719; Priority to 09/795,821 filed 2/28/01

| | | | | | |
|---|---|---|---|---|---|
| 1161.2001-011/2 United States of America | DIV | 11/289,048 29-Nov-2005 | 2006084137 20-Apr-2006 | | Allowed |

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation       *Attorney(s):* NSP    EAD
*Agent Name:*     *Client Ref:*
    *Agent Ref:*
*Title:* Use Of Defibrinated Blood For Manufacture Of A Hemoglobin-Based Oxygen Carrier
*Inventor(s):* Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* This application is a Divisional of U.S. Application No. 10/306,819, filed November 26, 2002, which is a Divisional of U.S. Application No. 09/795,821, filed February 28, 2001

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase<br>Country Name | Case<br>Type | Application<br>Number/Date | Publication<br>Number/Date | Patent<br>Number/Date | Status |
|---|---|---|---|---|---|

**1161.2002-000/**
United States of America

| | RCE | 10/090,428<br>28-Feb-2002 | 20030165573<br>04-Sep-2003 | 7,001,715<br>21-Feb-2006 | Granted |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation    *Attorney(s):* NSP
**Agent Name:**    *Client Ref:*
    *Agent Ref:*

**Title:** Purification Of Red Blood Cells By Separation And Diafiltration

*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**1161.2002-002/**
Patent Cooperation Treaty

| | ORD | PCT/US02/06799<br>28-Feb-2002 | WO03/074077<br>12-Sep-2003 | | Natl Proc |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation    *Attorney(s):* NSP
**Agent Name:**    *Client Ref:*
    *Agent Ref:*

**Title:** Purification Of Red Blood Cells By Separation And Diafiltration

*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** Claiming priority to: NONE

**1161.2002-003/**
Australia

| | PCT | 2002245600<br>28-Feb-2002 | 2002245600<br>21-Dec-2006 | 2002245600<br>05-Apr-2007 | To be Abnd. |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation    *Attorney(s):* NSP
**Agent Name:** DAVIES COLLISON CAVE    *Client Ref:*
    *Agent Ref:* 12488670

**Title:** Purification Of Red Blood Cells By Separation And Diafiltration

*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** exPCT/US02/06799 filed 02/28/02; Claiming priority to: NONE

Abandoned per client's instructions via e-mail 01/09/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.2002-004/**
**Canada**

PCT    2476177    To be Abnd.
28-Feb-2002

*Attorney(s):* NSP
*Client Ref:*

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** Gowling Lafleur Henderson LLP, Montreal    *Agent Ref:* 08901131CA
**Title:** Purification Of Red Blood Cells By Separation And Diafiltration
**Inventor(s):** Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** exPCT/US02/06799; Claiming priority to: NONE

Abandoned per client's instructions via e-mail 01/09/09

Notice of Abandonment received, dated 4/27/09; Date of Abandonment: 2009/03/02

**1161.2002-005/**
**China (People's Republic)**

PCT    02828376    CN1622823    ZL02828376    To be Abnd.
28-Feb-2002    01-Jun-2005    14-Nov-2007

*Attorney(s):* NSP
*Client Ref:*

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** AKCES INTERNATIONAL CORPORATION    *Agent Ref:* PPC/US04/0850
**Title:** Purification Of Red Blood Cells By Separation And Diafiltration
**Inventor(s):** Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

**Remarks:** exPCT/US02/06799; Claiming priority to: NONE

Abandoned per client's instructions via e-mail 01/09/09

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

**Tuesday, June 02, 2009**

**Status Report**

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.2002-006/**
European Patent Convention

PCT    02713771.0    1478388    To be Abnd.
28-Feb-2002    24-Nov-2004

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP    *Client Ref:*
    *Agent Ref:* 16726EP
*Title:* Purification Of Red Blood Cells By Separation And Diafiltration
*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06799; Claiming priority to: NONE

Abandoned per client's instructions via e-mail 01/09/09

**1161.2002-007/**
Hong Kong

ORD    051001878    1068095A    Published
10-Jan-2005    22-Apr-2005

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation    *Attorney(s):* NSP
*Agent Name:* GRAHAM WATT & CO. LLP    *Client Ref:*
    *Agent Ref:* 16726 HK
*Title:* Purification Of Red Blood Cells By Separation And Diafiltration
*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* EPC 02713771.0; exPCT/US02/06799; Claiming priority to: NONE

**1161.2002-008/**
Japan

PCT    2003572593    To be Abnd.
28-Feb-2002

*Owner Name:* Biopure Corporation    *Attorney(s):* NSP    EAD
*Client Name:* Biopure Corporation    *Client Ref:*
*Agent Name:* HOSODA INTERNATIONAL PATENT OFFICE    *Agent Ref:* HM-04-029
*Title:* Purification Of Red Blood Cells By Separation And Diafiltration
*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06799; Claiming priority to: NONE

Per client instructions 1-9-09 application to be abandoned. Instructions to foreign associate 1-15-09 to abandon

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Page: 52

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2002-009/ New Zealand | PCT | 534802 28-Feb-2002 | | 534802 13-Sep-2007 | To be Abnd. |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:** DAVIES COLLISON CAVE

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:* 12488740

*Title:* Purification Of Red Blood Cells By Separation And Diafiltration

*Inventor(s):* Baqai, Javed; Gawryl, Maria S.; Houtchens (deceased), Robert A.; Light, William R.

*Remarks:* exPCT/US02/06799; Claiming priority to: NONE

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2005-002/ Patent Cooperation Treaty | PRI | PCT/US2006/012676 05-Apr-2006 | WO2006/108047 12-Oct-2006 | | Natl Proc |

**Owner Name:** Biopure Corporation
**Client Name:** Biopure Corporation
**Agent Name:**

*Attorney(s):* NSP
*Client Ref:*
*Agent Ref:*

*Title:* Method Of Oxygenation Of Polmerized Hemoglobin

*Inventor(s):* Rausch, Carl W.; Laccetti, Anthony J.; Baqai, Javed

*Remarks:* Claims the benefit of 60/668,417 filed 4/5/05 and 60/781,400 filed 03/10/06

Application republished on 4/5/07

**Tuesday, June 02, 2009**

# Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|

**1161.2005-004/**
United States of America

**CON**    11/901,462
17-Sep-2007

*Publication Number/Date:* 20080069771
20-Mar-2008

*Status:* Published

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:*

*Attorney(s):* NSP    EAD
*Client Ref:*
*Agent Ref:*

*Title:* Oxygenated Polymerized Hemoglobin Solutions And Their Uses For Tissue Visualization

*Inventor(s):* Laccetti, Anthony J.; Baqai, Javed

*Remarks:* This application is a continuation of International Application No. PCT/US2006/012676, which designated the United States and was filed on April 5, 2006, published in English, which claims the benefit of U.S. Provisional Application No. 60/668,417 filed on April 5, 2005 and U.S. Provisional Application No. 60/781,400 filed on March 10, 2006

No foreign filing

**1161.2005-005/**
European Patent Convention

**PCT**    06749336.1
05-Apr-2006

*Publication Number/Date:* 1865993
19-Dec-2007

*Status:* Published

*Owner Name:* Biopure Corporation
*Client Name:* Biopure Corporation
*Agent Name:* GRAHAM WATT & CO. LLP

*Attorney(s):* NSP    EAD
*Client Ref:*
*Agent Ref:* P10014EPOO

*Title:* Oxygenated Polymerized Hemoglobin Solutions and their Uses for Tissue Visualization

*Inventor(s):* Rausch, Carl W.; Laccetti, Anthony J.; Baqai, Javed

*Remarks:* exPCT/US2006/012676 filed 05 April 2006, claiming benefit of US 60/668,417 filed 05 April 2005 and US 60/781,400 filed 10 March 2006

**Tuesday, June 02, 2009**

## Status Report

| Docket Number/Subcase Country Name | Case Type | Application Number/Date | Publication Number/Date | Patent Number/Date | Status |
|---|---|---|---|---|---|
| 1161.2006-001/ Patent Cooperation Treaty | PRI | PCT/US2008/007445 13-Jun-2008 | WO2008/156699 24-Dec-2008 | | Published |

**Owner Name:** Biopure Corporation

**Client Name:** Biopure Corporation  *Attorney(s):* NSP    EAD

**Agent Name:** Hemoglobin Solutions  *Client Ref:*

*Agent Ref:*

*Title:* Targeted Oxygen Delivery Via Intravenous Or Intra-Arterial Infusion Of Oxygenated Polymerized

*Inventor(s):* Dube, Gregory P.; Zafirelis, Zafiris W.; Laccetti, Anthony J.; Baqai, Javed

*Remarks:* Claims the benefit of 60/934,448 filed 13-Jun-2007

Note: This summary is confidential information of the client for internal informational purposes only and is subject to frequent change.

Attachment 28 - Computer Equipment

| Asset # | Description |
|---|---|
| 1019 | Tri Star Com-6CPU Intel P2 333 |
| 1056 | COMPUTER CONTROLLED DRIVE FR P |
| 1071 | Tactitian T-100, Eurotherm Con |
| 1075 | AYDIN 19" COLOR MONOTOR, NEW E |
| 1109 | 2 LASER SCANNERS-PHOTOGRAPHIC |
| 1127 | ENHANCEMENTS TO UNIVOX SYSTEM- |
| 1129 | UNIVOX SYSTEM-NEW ENGLAND CONT |
| 1130 | ENHANCEMENTS TO UNIVOX SOFTWRE |
| 1133 | ENHANCEMENTS TO UNIVOX SOFTWRE |
| 1137 | NORAND DATA COLLECT. SYSTEM-MA |
| 1143 | Digital Monotoring Drive - Col |
| 1144 | Label Printer - Inigo Software |
| 1157 | Install 30 Network Lines and P |
| 1158 | Install 9 New Phone lines in P |
| 1165 | INSTALL 9 CABLES & 1 STATION B |
| 1168 | Photocopier for Materials Dept |
| 1171 | Sharp Duplicator Northern Busi |
| 1174 | Sharp Photocopier SF-2214 with |
| 1179 | Reconditioned Copier - Norther |
| 1181 | SHARP SF9800 COPIER, NORTHERN |
| 1182 | PANASONIC COLOR TELEVISION & V |
| 1183 | TRANSFER PANASONIC FAX, DUPLIT |
| 1186 | Innovative Computer |
| 1187 | Innovative Computers (3 years) |
| 1188 | Innovative Computers (3 years) |
| 1189 | Innovative Computers (3 years) |
| 1190 | 3 Innovative Computers (3 year |
| 1192 | Amherst |
| 1193 | Amherst |
| 1194 | Amherst |
| 1195 | Devine |
| 1196 | Amherst |
| 1197 | Devine |
| 1198 | Intel Pentium 166 W/MMX 16 Meg |
| 1199 | Intel Pentium 166 W/MMX 16 Meg |
| 1200 | Intel Pentium 166 W/MMX 16 Meg |
| 1202 | Intel Pentium 166 W/MMX 16 Meg |
| 1203 | Intel Pentium 166 W/MMX 16 Meg |
| 1204 | Intel Pentium 233 W/MMX 16 Meg |
| 1205 | Hewlett Packard 5M Pringer - L |
| 1206 | 2 Intel Pentium 166 W/MMX 16 M |
| 1207 | Intel Pentium 166 W/MMX 16 Meg |
| 1208 | 2 Intel Pentium 166 W/MMX 16 M |
| 1209 | Intel P233 32 meg 14 mon - PC' |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---|---|
| 1210 | Pentium 200mmx 14 mon-PC's for |
| 1211 | Intel Pentium 166 W/MMX 16 Meg |
| 1212 | PC for every-Pentium 200 mmx 3 |
| 1213 | Pentium 200mmx 14 mon-PC's for |
| 1214 | 2 Pentium 200mmx 14 mon-PC's f |
| 1215 | Pentium 200mmx 14 mon-PC's for |
| 1216 | Devine-2 Pentium II 233 |
| 1217 | Devine-Pentium II 233 |
| 1218 | PC for Everyone-AMD K6-233, 32 |
| 1219 | 2 HP Laserjet 5M Printer Adobe |
| 1220 | Pentium-166 32MB EDO RAM with |
| 1221 | Pentium-166 32MB EDO RAM Stand |
| 1222 | Pentium II/266 PC 15" Monitor |
| 1223 | 3 Intel Pentium MMX 200 MHZ - |
| 1224 | Pentium II/266 PC 15" Monitor |
| 1225 | HP Laser Jet Printer with mini |
| 1226 | PI Pentium 75 Workstation - PC |
| 1227 | AST 486DX266 BRV LC 8/210 VGA |
| 1228 | AST 486DX266 WITH MNTRS/SMC EL |
| 1229 | 486DX2/66-16MB RAM Pro-Sigma-M |
| 1230 | Compaq Contura 486SL/4MB Conne |
| 1231 | HP Lasejet 4M plus PRT C2039A |
| 1232 | AST 486DX BRV LC 8/270 VGA S/N |
| 1233 | AST-486DX 66/Type BAckup/Fax M |
| 1234 | AST-486DX2 Proc. MD AD, 8MB/SV |
| 1235 | 486 DX66 Comp. Color Monitor 1 |
| 1236 | 2 Toshiba Laptop/ModemNIC Card |
| 1237 | Toshiba T2400CT Laptop With Ha |
| 1238 | NOVELL 3.12-25 USER UPGRADE-AL |
| 1239 | AST BRAVO W/KEYBOARD & COLOR M |
| 1240 | 2-486 AST COMPUTER W/VGA MONIT |
| 1241 | AST 486 NEC COMPUTER-VISION CO |
| 1242 | HP PLOTTER/DRAFTMASTER-VISION |
| 1243 | AST 486 BRAVO LP-VISION COMPUT |
| 1244 | H.P. LASERJET PRINTER-ALPINE C |
| 1245 | AST BRAVO 486 W/VGA COLOR MONI |
| 1246 | TOSHIBA LAPTOP 486-ELAZAR |
| 1247 | DELL 450/M BASE W/ULTRASCAN MO |
| 1248 | AST 386/20 MG COMPUTER, MICRO |
| 1249 | AST 486 BRAVO COMPUTER, ELAZAR |
| 1250 | TONY FENN 486/33MHZ P.C.-DELL |
| 1251 | DELL SYSTEM 333P/33MHZ-DELL CO |
| 1252 | DELL SYSTEM 333P/33MHZ-DELL CO |
| 1408 | 16 PIECE FT-IR DATA MANAGER SY |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1412 | UPGRADE 386/33 MILLENNIUM SYST |
| 1418 | UPGRADE GC SYSTEM, HEWLETT PAC |
| 1430 | Validator KL/ V2222S Scanners/ |
| 1470 | J.M. CANTY PROCESS CAMERA W/LI |
| 1484 | NEC 17" COLOR MONITOR- R. LIGH |
| 1487 | COMPUTERIZED RID READER-THE BI |
| 1491 | WEDGEWOOD 610 SOLIDS MONITOR-W |
| 1539 | PHOTO EQUIP |
| 1542 | X-Y DATA RECORDER |
| 1551 | Northern Business Machines |
| 1552 | Adtech (5 years) |
| 1556 | Wiltel-phone equipment |
| 1557 | North Bus-sharp photocopier |
| 1558 | North Bus-sharp facsimile |
| 1559 | Adtech-Epson LCD Projector |
| 1560 | Wiltel & Telesource |
| 1561 | North Bus-Fax machine |
| 1564 | Epson Powerlite 5000 LCD Proje |
| 1569 | Sharp copier with ADF, 2x500 S |
| 1583 | SD-3062 Sharp Copier-Northern |
| 1589 | SHARP FAX MACHINE-NORTHERN BUS |
| 1593 | PLAIN PAPER FASCIMILE, NORTHER |
| 1595 | TRANSFER PANASONIC FAX, DUPLIT |
| 1597 | Innovative Computer 3 Pcs |
| 1598 | Innovative Computer 2 Pcs |
| 1599 | Rick Light Laptop (3 years) |
| 1600 | Bob Houchens Laptop |
| 1601 | Innovative Computer |
| 1602 | Innovative Computer (8 port mo |
| 1603 | H Forney |
| 1604 | Innovative Computers (3 years) |
| 1605 | Innovative Computers Laptop (3 |
| 1606 | Innovative Computers (3 years) |
| 1607 | Dell Computers (3 years) |
| 1608 | Innovative Computers 2pcs (Ass |
| 1609 | Innovative Computers 2pcs (Ass |
| 1610 | Innovative Computers (Asset mo |
| 1611 | Innovative Computers (3 years) |
| 1612 | Innovative Computers (3 years) |
| 1613 | Innovative Computers (3 years) |
| 1614 | Innovative Computers (3 years) |
| 1615 | Innovative Computers (3 years) |
| 1616 | Innovative Computers (3 years) |
| 1617 | Innovative Computers (3 years) |

## Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1618 | Innovative Computers (3 years) |
| 1619 | Innovative Computers (3 years) |
| 1620 | Innovative Computers (3 years) |
| 1621 | Innovative Computers (3 years) |
| 1622 | Innovative Computers (3 years) |
| 1623 | Innovative Computers (3 years) |
| 1624 | Innovative Computers (3 years) |
| 1625 | Innovative Computers (3 years) |
| 1626 | Innovative Computers (3 years) |
| 1627 | Innovative Computers (3 years) |
| 1629 | Amherst |
| 1630 | Amherst |
| 1631 | Microcenter |
| 1632 | Microcenter |
| 1633 | Microcenter |
| 1634 | Amherst |
| 1635 | Amherst |
| 1636 | Amherst |
| 1637 | Amherst |
| 1638 | Devine-(3) Pentium II 350 Mhz |
| 1639 | Insight-Toshiba Sat 4020 PII 3 |
| 1640 | Devine-Pentium II 450 Mhz |
| 1641 | Insight |
| 1642 | Devine-Pentium II 350 Mhz |
| 1643 | Insight-(3) Panasonic Tough Bo |
| 1644 | Insight-Toshiba Satellite 4020 |
| 1645 | CrimsonTech |
| 1646 | Devine |
| 1647 | Devine |
| 1648 | Pentium 166 Mhz 32 MB RAM 3.2 |
| 1649 | Intel Pentium 166 W/MMX 16 Meg |
| 1650 | Intel Pentium 166 W/MMX 16 Meg |
| 1651 | Intel Pentium 166 W/MMX 16 Meg |
| 1652 | '(2)Triton II Intel 166 W/MMX |
| 1653 | Intel Pentium 166 W/MMX 16 Meg |
| 1654 | Toshiba 460 Intel Pentium 2 G |
| 1655 | Intel Pentium 166 W/MMX 16 Meg |
| 1656 | 2 Intel Pentium 200 W/MMX 16 |
| 1657 | Intel Pentium 166 W/MMX 16 Meg |
| 1658 | Hewlett Packard 5M Printer - L |
| 1659 | Aple PM G3/266 32/4Gig / 24 x |
| 1660 | Intel Pentium 166 W/MMX 16 Meg |
| 1661 | Netcorp-HP Netserver |
| 1662 | Pentium 200mmx 14 mon-PC's for |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1663 | Apple powermac, color printer- |
| 1664 | Hartford-HP Laserjet printer |
| 1665 | PC for Every-Pentium 200 MMx 3 |
| 1666 | PC for Every-Pentium 200 MMx 3 |
| 1667 | PC for Every-Pentium 200 MMx 3 |
| 1668 | Pentium 200mmx 14 mon-PC's for |
| 1669 | PC for Every-Pentium 200 MMx 3 |
| 1670 | PC for Every-Pentium 200 MMx 3 |
| 1671 | Pentium 200mmx 14 mon-PC's for |
| 1672 | Toshiba 460cdt p166mmx-Laptop |
| 1673 | PC for Every-Pentium 200 MMx 3 |
| 1674 | Advnetworks-Cisco PIX firewall |
| 1675 | Pentium 200mmx 14 mon-PC's for |
| 1676 | Pentium 200mmx 14 mon-PC's for |
| 1677 | Pentium11 266mhx 14 mon-PC's f |
| 1678 | CDdimensions-Fujitsu 39ppm sim |
| 1679 | PC for Every-Pentium 200 MMx 3 |
| 1680 | Devine-Pentium II 233 MHz |
| 1681 | Devine-Pentium II 233 MHz |
| 1682 | Devine-Pentium II 233 MHz |
| 1683 | Devine-Pentium 200 MHz |
| 1684 | Devine-Pentium 200 MHz |
| 1685 | Devine-Pentium 200 MHz |
| 1686 | Devine-Pentium 200 MHz |
| 1687 | Microcenter-SAT 330CDT P/266m/ |
| 1688 | Hartford-HPLJ Printer Laser |
| 1689 | Devine-Pentium 200 MHZ |
| 1690 | Compaq desk pro 866 |
| 1691 | Devine-Pentium 200 MHz |
| 1692 | Intel Pentium 166 (PC |
| 1693 | Amherst-Vectra VE-8 P2-333 |
| 1694 | Amherst-Laserjet 2000cn Pro se |
| 1695 | Microcenter-IBM Thinkpad 770ed |
| 1696 | Amherst-Laserjet 4000N Printer |
| 1697 | Amherst-2 vectra P2-266 (retur |
| 1698 | Devine |
| 1699 | Amherst |
| 1700 | Microcenter |
| 1701 | Amherst |
| 1702 | Amherst |
| 1703 | Amherst |
| 1704 | Amherst |
| 1705 | 2 Standard P-100 Desktop PC/No |
| 1706 | 8MB RAM, 1 GIG HD Intel Pentiu |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1707 | Pentium-166 16MB EDO RAM with |
| 1708 | IBM Laptop DX4 75 Mhz 16 Mgs o |
| 1709 | 4 PC Workstation Pentium Base |
| 1710 | Fuji Lifebook 520T P12OCT 16/8 |
| 1711 | Intel Pentium MMX 166Mhz / 15" |
| 1712 | 5 Compaq Armada 1120 Notebooks |
| 1713 | Hitachi Vision Book P133CS 16/ |
| 1714 | 2 Intel Pentium Motherboard P1 |
| 1715 | Intel P166MMX Based System wit |
| 1716 | Intel P166MMX Based System wit |
| 1717 | Millennia MME.W/Sonic  Fusion Zip file |
| 1718 | Intel P166MMX Based System W / |
| 1719 | 2 Intel P166MMX Based Systems |
| 1720 | Intel P166MMX Based System W / |
| 1721 | Transport XKE (c) P166 13.3 TF |
| 1722 | Pentium Destop / Notebook - El |
| 1723 | Samsung Notebook PL 486100 8Mg |
| 1724 | 3 PC Workstation W/Monitor and |
| 1725 | Pentium 75 16Mg Ram 850 HD 15" |
| 1726 | P75 Destop PC 1.08Gb Drives 15 |
| 1727 | Samsung 486DX4-100 Notebook 8M |
| 1728 | 2 Samsung 486DX 14 Notebooks 8 |
| 1729 | P-100 Desktop 16 MB Ram 1.08 G |
| 1730 | Pentium 75 8 MB 1.08 GB Drive |
| 1731 | Toshiba T2130CS DX4/75 - Elaza |
| 1732 | AST Premia PC Monitor - Vision |
| 1733 | HP Laserjet 4M Plus Printer - |
| 1734 | IBM 701CS Laptop DX4 75 Mhz 54 |
| 1735 | 2 4.3 GB Seagate Drives for BP |
| 1736 | P75 16 MB Ram 1.08 GB HD 2 MG |
| 1737 | Pentium 75 PC, Win 95, 16 MB R |
| 1738 | Pentium 75 PC, Win 95, 16 MB R |
| 1739 | Powerbook 5300CS 16/750 Ethern |
| 1740 | 2 DEM 128MB ECC Mem Board/2 PC |
| 1741 | 4 Intel Pentium 75 16MB Ram 1G |
| 1742 | HP Laser Jet 5SI 26 PPM 12 Meg |
| 1743 | TLZ -07-DA DAT Tape Drive/Bus |
| 1744 | PWRMAC6100 WITH APL. MNTR./FAX |
| 1745 | 486/66DXZ/ Pentura: SuperVGA - |
| 1746 | AST-DT450DX2,8MB,270MBHD-AST-S |
| 1747 | 486SX25 Compac Computer - Elaz |
| 1748 | Toshiba Laptop/486DX50/Dual Sc |
| 1749 | 25 User Novell 3.12 - Alpine C |
| 1750 | AST-DT486DX50 8 MB 270HD .28UG |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---|---|
| 1751 | AST-DT486DX50 8 MB 270HD/super |
| 1752 | Toshiba 486DX50 Laptop, 8Mg Ra |
| 1753 | 2HP 4 Plus Printers/2 Cards--E |
| 1754 | AST P.60 8Megs 540drive CD Rom |
| 1755 | 2- 4.3 6g Disk Drives-Alpine C |
| 1756 | NEC Color Laptop 486 5x33 8mgs |
| 1757 | Toshiba 486DX50 8Mgs/Modem H.4 |
| 1758 | AST P169 CDRom/Gig drive/NEC F |
| 1759 | NEC Versa Notebook 8MB Modem 2 |
| 1760 | AST-DT466DX-01/AST-SCVGA/CN-68 |
| 1761 | AST 486 Destop/Mon/CD-Rom/Netw |
| 1762 | 3 SMC Hubs: 10 Base-T/15 Etern |
| 1763 | Versa Sub-Note PC 8MB Mem. PCM |
| 1764 | 1 Winbook XP DX475 8/340 10.3 |
| 1765 | 2400cs Toshiba Laptop 8 Mgs ra |
| 1766 | 1 PC Notebook/SMC Hub/486 Lapt |
| 1767 | 1 Pentium AST w 16 Mgs/ 3 486 |
| 1768 | 486 DX75 Toshiba: T21500D Dual |
| 1769 | AST Bravo 486/66 minitower 8Mb |
| 1770 | HEWLETT PACKARD LASERJET PRINT |
| 1771 | COMPAQ FILESERVER PROSIGNIA 48 |
| 1772 | AST LAPTOP-VISION COMPUTER/ROB |
| 1773 | SHARP 486 COLOR LAPTOP-COMP US |
| 1774 | 486 DX66 DELL COMPUTER-VISION |
| 1775 | POWERBOOK 540 COMPUTER-COMPUTE |
| 1776 | DIGITAL AUDIO TAPE BACKUP UNIT |
| 1777 | 486 AST COMPUTER W/COLOR MONIT |
| 1778 | 2-MACINTOSH QUADRA 650 W/ACCES |
| 1779 | 486 AST COMPUTER W/COLOR MONIT |
| 1780 | 486 AST DELL COMPUTER W/MONITO |
| 1781 | POWERBOOK 230 DUO-R. LIGHT VIA |
| 1782 | 2 AST BRAVO 486  W/COLOR MONIT |
| 1783 | AST PREMIUM EXEC 386SX/20, ELA |
| 1784 | H.P. 4M LASER PRINTER, ALPINE |
| 1785 | ASANTE EXTERNAL SCSI NIC MAC, |
| 1786 | LAPTOP PC AST PREM-EXEC 386SX/ |
| 1787 | MAC 2CI 5/230 MEG HD/ 5 MEG RA |
| 1788 | LAPTOP PC AST PREM-EXEC 386SX/ |
| 1789 | DELL 486 W/ ETHERNET BOARD, DE |
| 1790 | PROMO DELL 486, DELL COMPUTER |
| 1791 | 386 US LOGIC LAPTOP, COMPUTER |
| 1792 | DELL 486SX PRINTER AND MONITOR |
| 1793 | DELL 486 COMPUTER WORKSTATION, |
| 1794 | 486 LAPTOP COMPUTER, VISION CO |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1795 | AST 486 BRAVO COMPUTER, ELAZAR |
| 1796 | DELL SYSTEM 325P/25MHZ-DELL CO |
| 1797 | N.E.C.LAPTOP-INVESTMENT RECOVE |
| 1798 | MAC PORTABLE-JWP BUSINESSLAND |
| 1799 | C.W. RAUSCH 486/20MHZ P.C.-DEL |
| 1800 | AST 386/25 COMPUTER-ALPINE COM |
| 1801 | H.P. LASERJET IIP LASER PRINTE |
| 1802 | DELL SYSTEM 333P/33MHZ-DELL CO |
| 1803 | AST PREM. EXEC 386SX/25MHZ-PER |
| 1804 | DELL SYSTEM 333P/33MHZ-DELL CO |
| 1805 | AST PREM. EXEC 386SX/25MHZ-PER |
| 1806 | CHOMATOGRAPH COMP IBM ALPINE C |
| 1807 | COMPAQ, BUSINESSLAND |
| 1808 | IBM COMPUTER PS2, NEW BRUNSWEE |
| 1809 | POWERBOOK 170, BUSINESSLAND |
| 1810 | MACINTOSH SE, APPLE TEMPLEMAN |
| 1811 | MACINTOSH SE, APPLE COMPUTERLA |
| 1812 | MACINTOSH SE, APPLE/COMP. SYST |
| 1813 | MACINTOSH SE, APPLE TEMPLEMAN |
| 1818 | JC 50 MHz 486 DX COMPUTER(FR D |
| 1839 | Innovative Computers (3 years) |
| 1840 | Innovative Computers (3 years) |
| 1841 | Devine-Pentium II 350 Mhz |
| 1842 | Devine-Pentium II 350 Mhz |
| 1845 | Compaq Computer W/NT |
| 1846 | Compaq Computer W/NT |
| 1848 | Plus U2 Series Digit Projector |
| 1851 | Compaq Computer W/NT |
| 1852 | Compaq Computer W/NT |
| 1853 | Compaq Computer W/NT |
| 1854 | Compaq Computer W/NT |
| 1855 | Compaq Computer W/NT |
| 1856 | Compaq Computer W/NT |
| 1857 | Compaq Computer W/NT |
| 1858 | IBM Thinkpad A21Mp111 700 |
| 1859 | Compaq Computer W/NT |
| 1860 | Topaz Engr. HP 800PS Plotter |
| 1868 | Compaq Computer W/NT |
| 1869 | Compaq Computer W/NT |
| 1870 | Compaq Computer W/NT |
| 1871 | IBM Thinkpad A21Mp111 700 |
| 1873 | Compaq Computer W/NT |
| 1874 | 10/100 Auto Sensing Hub 24Port |
| 1879 | Form Fill Seal Machine Project |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1885 | Windows 2000 Advanced Server |
| 1886 | Windows 2000 Terminal Server |
| 1887 | 512 MB Registered SDRAM DIMM |
| 1888 | Windows Server 2000 w 5 CALs |
| 1889 | ThinkPad A21P P3-850 128MB RAM |
| 1890 | ThinkPad 4x4x20 CD-RW Ultrabay |
| 1895 | 4 DeskPro EN CMT P3-733 10GB |
| 1896 | 25 MSOL Project/Visio Pro 2000 |
| 1897 | 8 DeskPro EN CMT P3-733 10GB |
| 1898 | LaserJet 4100 25ppm 16MB 1200d |
| 1899 | 2 Armada E500 P3 850,128MB20GB |
| 1904 | Replacing Card Access & Alarm |
| 1912 | Minolta DI620 Imager Copier |
| 1913 | 10 Deskpro EN CMT P3-866 20GB |
| 1914 | 3 Armada E500, P3 850 128mb |
| 1916 | Armada E500, P3 850 128mb |
| 1921 | Armada E500, P3 850 128mb |
| 1922 | 5 Deskpro EN CMT P3-866 20GB |
| 1923 | 10 Adobe Acrobat 5.0 95/98/NT4 |
| 1924 | 12 Deskpro EN CMT P3-866 20GB |
| 1925 | High Speed CD Duplicator |
| 1926 | 2 Proliant DL320 P3-800mHz |
| 1927 | Proliant DL320 P3-800mHz |
| 1928 | Computer Infrastructure 58 Chl |
| 1929 | Add'l Comp. Infrastructure 58 |
| 1932 | Apple Power Book G4/400MHz |
| 1933 | 2 IBM Thinpad A22M PIII 1.0GHZ |
| 1934 | HP LaserJet 4100 25ppmm 16MB |
| 1935 | MP2800 Micro Projector 1024X76 |
| 1936 | 6 DesKPro EN CMT P3-866 20GB |
| 1937 | Matrox Millenium G450 Dual HD |
| 1938 | DesKPro EN CMT P3-866 20GB |
| 1939 | Proliant DL360/DL320/ML350/80 |
| 1942 | 4 DesKPro EN CMT P3-866 20GB |
| 1943 | WWF SharePoint Portal Server |
| 1944 | Exchange 2K Upgrade Bus 5 CAL |
| 1945 | 3 -18.1inch LCD 28mm 1280X1024 |
| 1946 | ScanPartner 620C 50-page ADF |
| 1947 | DesKPro EN CMT P3-866 20GB 815 |
| 1948 | Install 100 Pair Phone Cables |
| 1949 | Autocad Release 2002 |
| 1950 | 2 Despro EN CMT P3-1Ghz 815E |
| 1951 | Innovative Computer |
| 1952 | Innovative Computer |

## Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 1953 | Innovative Computer |
| 1954 | Innovative Computer |
| 1955 | Despro EN CMT P3-1Ghz 815E |
| 1956 | 2 Despro EN CMT P3-1Ghz 815E |
| 1957 | 2 Despro EN CMT P3-1Ghz 815E |
| 1958 | Windows Server 2000 with 5 CAL |
| 1959 | ColfFusion Server 5.0 |
| 1960 | 2 Despro EN CMT P3-1Ghz 815E |
| 1962 | Super Stack 3 Switch 4300 |
| 1974 | Innovative Computer |
| 1983 | Model #SF-2050 Photocopier |
| 1985 | Power Book G4/ Apple Pro Mouse |
| 1986 | LaserJet 4100 25ppm 16MB 1200 |
| 1987 | Armada E500,P3/1000128MB 30GB |
| 1988 | Innovative Computer |
| 1989 | 2 LaserJet 4100 25ppm 16MB |
| 1990 | Sharp Plain Paper Fax |
| 1998 | Innovative  Computer |
| 1999 | Innovative  Computer |
| 2000 | Innovative  Computer |
| 2001 | Innovative  Computer |
| 2002 | Innovative  Computer |
| 2003 | Innovative  Computer |
| 2006 | Sony Vaio R505 PIII 750 128 |
| 2007 | Install 6000' of rg62 cable TV |
| 2092 | Innovative Computer Services |
| 2093 | Innovative Computer Services |
| 2097 | TV & VCR for 58 Charles |
| 2109 | Sharp Plain Paper Fax |
| 2110 | 3 Desktops/Innovative Compute |
| 2316 | MP2810 Micro Projector 1024X76 |
| 2317 | Compaq EVO D500 CMT P4-1.7GB |
| 2318 | InterScan Messaging Security |
| 2320 | 4 Compaq EVO D500 CMT P4-1.7GB |
| 2321 | LaserJet 4100 25ppm 16MB |
| 2322 | Compaq EVO Notebook with P3-1 |
| 2323 | HP LaserJet 4100 25ppm 16MB |
| 2324 | HP LaserJet 4100 25ppm 16MB |
| 2328 | Compaq Proliant for MedRa Syst |
| 2339 | Digital Imager Photocopier |
| 2340 | Tektronix 1235/N Laser Printer |
| 2341 | 6 Compaq 470023-193 P4 20GB PC |
| 2342 | Compaq 470023-193 P4 20GB PC |
| 2343 | MicroSoft 076-01257 &D87-00802 |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 2344 | HP C8049A LaserJet 4100 25ppm |
| 2348 | Compaq 470023-193 P4 20GB PC |
| 2374 | Computer |
| 2383 | Data & Phone supplies |
| 2417 | Automation software & support |
| 2420 | Composer Server Expansion |
| 2422 | Panelview 1000/ SCLC Processor |
| 2427 | PC & PI infrastructure |
| 2428 | Composer Server Expansion |
| 2452 | Sharp Plain Paper Fax - QC Lab |
| 2453 | Sharp Photocopier AR-505 |
| 2454 | Sony VAIO R505D 56K Lithium Ba |
| 2455 | Notebook PC Innovative Comp |
| 2464 | Install 35 Voice & Cable Jacks |
| 2466 | Sharp Staple Finisher Copier |
| 2467 | Compaq EVO N1000V P4-2.0GHZ |
| 2468 | Quantum Snap Server |
| 2476 | Security Cameras |
| 2484 | Sharp Refurbished Fax Machine |
| 2489 | Refurbished Sharp Fax Machine |
| 2494 | Plain Fax Paper Machine |
| 2499 | Digital Photocopier Machine |
| 2500 | Digital Photocopier Machine |
| 2509 | YMC Pack DL20S05 - 5008WT SEC |
| 2510 | DL380 Test Server |
| 2511 | DL360 API Server |
| 2512 | DL360 API Server |
| 2513 | ML530 Home Server |
| 2519 | PDA-100 SST Cell, LAN/3D Softw |
| 2522 | Dell Pentium III, Multi Com Ca |
| 2524 | High Speed Scanner |
| 2525 | Compaq Proliant DL380 P3-1.26 |
| 2526 | Windows Server 2000 with 5 Cal |
| 2531 | PI Tags PI-6000-NT Upgrade for |
| 2532 | Computer Interface SSI |
| 2533 | SemAPI System Interface |
| 2534 | Compaq Proliant DL320R & Windo |
| 2535 | Quantum Snap Server 4100 300G |
| 2537 | L80 Library, Cisco PIX 4Port |
| 2544 | Server, Veritas Foftware Backu |
| 2545 | Cisco PIX 4PORT 10/100 ENET |
| 2551 | Pop Up Display Panel, 10', 4 |
| 2552 | DL380 Server TotalTec |
| 2553 | Superstack Communication |

## Attachment 28 - Computer Equipment

| Asset # | Description |
|---|---|
| 2554 | JDE Systems Validation Expense |
| 2556 | T40 Intel Pentium 1.5 256 DDR |
| 2557 | T850 Intel Pentium 4.2.4 256 |
| 2558 | Hardware for T03 Link |
| 2560 | CPQ Proliant DL380R Server |
| 2561 | X31 Ubtek N 1.4 256 40 12.1" |
| 2562 | Infocus 2000 DLP Projector |
| 2563 | Infocus 2000 DLP Projector |
| 2564 | T850 Intel Pentium 4.2.4 256 |
| 2565 | T850 Intel Pentium 4.2.4 256 |
| 2566 | T850 Intel Pentium 4.2.4 256 |
| 2567 | T850 Intel Pentium 4.2.4 256 |
| 2568 | T850 Intel Pentium 4.2.4 256 |
| 2572 | Card Access System for FG Area |
| 2573 | 2 IBM ThinkPad T40 1.5Pent 256 |
| 2574 | IBM ThinkPad Ultra Bay |
| 2575 | 2 IBM T40 1.5 PENT 256DDR |
| 2576 | 5 Compaq CTO EVO D330 SFF P4 |
| 2577 | Cisco High Sensity VoiceFax Software |
| 2578 | Symantec Antivirus Corp |
| 2583 | PolycomEx Conference Caller |
| 2584 | Veritas Software Backup |
| 2586 | Sharepoint VNP 3030 Server |
| 2587 | CPQ Proliant DL380R / MS 2003 |
| 2589 | Mobile Filing System |
| 2590 | Inergen Fire Suppression Syste |
| 2591 | Access Control and Alarm Syste |
| 2592 | Data/Voice Wiring |
| 2595 | IM Mangement Software |
| 2596 | Track-It Enterp Audit Plus 100 |
| 2597 | MS Sharepoint Portal Server |
| 2598 | HP Proliant DL380 G3 Rack 2.4X |
| 2599 | NIS T-3, Hardware Associated |
| 2602 | Cisco Router Soft and Attachments |
| 2612 | Nortel Meridian Option 11 |
| 3341 | Compaq DeskPro EN W4000 |
| 3342 | Compaq DeskPro EN W4000 |
| 3347 | Compaq DeskPro EN W4000 |
| 3354 | Compaq DeskPro EN W4000 |
| 3356 | Projector, Infocus Projector |
| 3357 | Projector, Infocus Projector |
| 3358 | Projector, Infocus Projector |
| 3359 | Projector, Infocus Projector |
| 3360 | Projector, Infocus Projector |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 3361 | Projector, Infocus Projector |
| 3362 | Projector, Infocus Projector |
| 3363 | HP 4100N Laser Printer |
| 3364 | HP 4100N Laser Printer |
| 3365 | Compaq EVO N1000V |
| 3366 | Compaq EVO N1000V |
| 3367 | Compaq EVO N1000V |
| 3368 | Compaq EVO N1000V |
| 3370 | Compaq EVO N1000C, P4 20Gig |
| 3373 | Compaq EVO N800C |
| 3374 | Compaq EVO N800C |
| 3378 | HP Color InJet Printer |
| 3379 | Compaq HP Storage Works |
| 3380 | Sony VAIO V505ACPP11 |
| 3381 | Sony VAIO V505ACPP11 |
| 3382 | Compaq EVO D510 CMT |
| 3383 | Compaq EVO D510 CMT |
| 3384 | Compaq EVO D510 CMT |
| 3385 | Compaq Proliant 3000 |
| 3386 | UPS R3000 XR, Low 53 |
| 3387 | Compaq EVO N1000V,  P4-2.0GHZ |
| 3388 | Compaq EVO N1000V,  P4-2.0GHZ |
| 3389 | Compaq EVO N1000V,  P4-2.0GHZ |
| 3390 | Compaq EVO D310 Micro Tower P4 |
| 3391 | Compaq EVO D310 Micro Tower P4 |
| 3392 | Compaq EVO D310 Micro Tower P4 |
| 3393 | Compaq EVO D310 Micro Tower P4 |
| 3394 | Compaq EVO D310 Micro Tower P4 |
| 3395 | Compaq EVO D310 Micro Tower P4 |
| 3396 | Compaq EVO D310 Micro Tower P4 |
| 3397 | Compaq EVO D310 Micro Tower P4 |
| 3398 | HP LaserJet 4100N Printer |
| 3399 | HP 4200 LaserJet Printer |
| 3400 | Compaq EVO D510 CMT P4-2.4/25 |
| 3401 | Compaq EVO D510 CMT P4-2.4/25 |
| 3402 | Compaq EVO D510 CMT P4-2.4/25 |
| 3403 | Compaq EVO D510 CMT P4-2.4/25 |
| 3404 | Compaq EVO D510 CMT P4-2.4/25 |
| 3405 | Compaq EVO D510 CMT P4-2.4/25 |
| 3406 | Compaq EVO N610c P4-M 24GHz |
| 3408 | Compaq DeskPro EVO W4000 |
| 3424 | IBM Thinkpad T43 |
| 3425 | Thinkpad T43, model 2668 |
| 3426 | Thinkpad T43, model 2668 |

Attachment 28 - Computer Equipment

| Asset # | Description |
|---------|-------------|
| 3427 | Thinkpad T43, model 2687-DEU |
| 3428 | Thinkpad T43, model 2687-DEU |
| 3433 | Thinkpad R52, model 1847-32U |
| 3441 | ThinkPad T43 |
| 3442 | IBM Thinkpad T43 2687-DEU |
| 3443 | IBM ThinkPad T43 |
| 3461 | Split from 2592 |
| 3466 | JD Edwards Upgrade 2007 |
| 3495 | IBM ThinkPad T-40 |
| 3496 | IBM ThinkPad T-40 |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 1000 | Cotter Corp (7 years) |
| 1001 | Millipore (7 years) |
| 1002 | NE Controls (7 years) |
| 1003 | Watson Peristaltic Pump (5 yea |
| 1004 | Electron |
| 1005 | Close Proj-New GDT Skids |
| 1007 | Cotter-WFI & RO Drop Mods (8) |
| 1010 | Watson (Peristaltic Pump) |
| 1011 | Tube Sealer (2) hh head system |
| 1012 | SCD 11B Terumo Tubing Welders |
| 1013 | Close Project - C-800 Lg Scale |
| 1014 | Refrigerated Bath - Cole Parme |
| 1017 | Close Project - Fill Pack Equi |
| 1021 | Pall |
| 1023 | PHM240 Reference PH/Ion Meter |
| 1026 | 2 LP12000S Sartorius Balance - |
| 1027 | 2 IMMFP03B Multifunction Proce |
| 1029 | Mettler Toledo Model PR5001 Ba |
| 1032 | Close Project - 700 Liter Sali |
| 1033 | Close Project - T-990 Sterile |
| 1034 | Tonkaflo SS8524E-70500 - Advan |
| 1036 | 2 SCS 312 Welders - Terumo Med |
| 1037 | 24" Dia. x 18" Straight side, |
| 1038 | W400-12" Impulse Bar Sealer - |
| 1040 | Close Project - Weigh Scale/Fi |
| 1043 | Close Project - COP System Cha |
| 1044 | Welding Machine & Accessories |
| 1045 | Fulton Condensate Tank/Associa |
| 1046 | Balance EL PM30K 115/230V 50/6 |
| 1047 | Raymond Fork Lift/Strobe Sides |
| 1054 | SCD-IIB TUBING WELDER-TERUMO M |
| 1055 | PROJECT-INLINE SALINE DILUTION |
| 1057 | PH METER WITH ACCESSORIES-RADI |
| 1059 | PROJECT-80 LITER DEOXY VESSELS |
| 1063 | PROJECT-CAMBRIDGE HVAC UPGRADE |
| 1064 | PROJECT-C-800 STORAGE TANKS |
| 1065 | PROJECT-100K FILTRATE |
| 1066 | ELEC. PRECISION BALANCE W/ISOc |
| 1067 | PROJECT-FILTER COP UPGRADE |
| 1069 | DIGITAL PRESSURE GAUGE-DCT INS |
| 1070 | S.S. Hose-Rack, North East Pro |
| 1073 | 51-FIBERGLASS TOTE PANS&45 LID |
| 1074 | CHLORINE MONITOR W/WALL MOUNT, |
| 1076 | ANDERSON INSTRUMENT LEVEL TRAN |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 1077 | HYBRIB RECORDER, JOHNSON YOKOG |
| 1078 | WAUKESHA PUMP, W.A. THOMPKINS |
| 1079 | 4 DOUBLE PORTED VALVE ASSY, CO |
| 1080 | PROJECT-POLYMERIZATION SYSTEM |
| 1081 | PROJECT-GDT UPGRADE |
| 1082 | PROJECT-HOT GLYCOL LOOP |
| 1083 | PROJECT-CIP SPIRAL FILTER |
| 1084 | PROJECT-CIP SYSTEM MODIFICATIO |
| 1085 | PROJECT-HOODS,SINKS & UTILITY |
| 1086 | PLATE PACK W/316 SS PLATE&AL G |
| 1087 | TABLE MODEL VACUUM CHAMBER W/A |
| 1088 | CABLE MGMT PANEL FOR FISHER UN |
| 1089 | MINI CONTRACTOR TEMP CONTROL P |
| 1090 | SMALL CAPACITY LOW FLOW GAS HE |
| 1091 | INGOLD MODEL 4300 AMPLIFIER W/ |
| 1092 | PROJECT-LIQUICELL CLEANING SYS |
| 1093 | PROJECT-60 LITER POLYMERIZATIO |
| 1094 | PROJECT-DEOXY STORAGE VESSELS |
| 1095 | PROJECT-ULTRAPURE RETENTATE |
| 1096 | PROJECT-INNER BAG FILLING AUTO |
| 1097 | PROJECT-BUFFER TANK SWITCHES |
| 1102 | SHARPLES BOWL WORK TABLE-ELECT |
| 1103 | MICROMOTION FLOWMETER W/REMOTE |
| 1104 | CONVERT FREEZER TO REFRIG. - H |
| 1106 | S/S PUMP AND MOTOR-J & J PANOR |
| 1110 | 701FB/R BASEPLATE PUMP-WATSON |
| 1111 | 200L 316LSS TANK W/ JACKET-BEC |
| 1112 | 312 SCD STERILE DOCKING DEVICE |
| 1113 | TABLE & BENCH FOR CAMB. LUNCH |
| 1117 | 312 SCD STERILE DOCKING DEVICE |
| 1119 | SMART CALIBRATOR INTERFACE-ROS |
| 1120 | MAGNETIC DRIVE MIXER-VALEX COR |
| 1121 | PUMPHEAD WITH TWIN OFFSET-WATS |
| 1122 | 2-20 GAL PORTABLE SS VESSELS-A |
| 1123 | TOLEDO SS FLOOR SCALE W/ACCESS |
| 1124 | 2-SANITARY MIXERS & 1-SANITARY |
| 1125 | 3-TEMP/HUMIDITY RECORDERS-SPAN |
| 1126 | S.S. SHELVING & POSTS & BINS-P |
| 1128 | ALPHA PNEUMATIC TUBE SYSTEM-BA |
| 1139 | TOLEDO STAINLESS STEEL SCALE-B |
| 1140 | Vessels Stainless Steel - Allo |
| 1141 | Valves - Amsco Corp |
| 1142 | Static Mixer - Chemineer, Inc |
| 1145 | Pump - Watson Marlow |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---------|-------------|
| 1146 | Change Over System - Wesco |
| 1148 | Close Project - C-800 Lg Scale |
| 1150 | Close Project - Sterility Test |
| 1184 | VERTICAL & MICRO BLINDS-BOSTON |
| 1185 | CLOSED CIRCUIT MONITORING SYST |
| 1366 | Dual Channel Chart Recorder wi |
| 1367 | Yokogawa Ind-Flowmeter |
| 1368 | Druck-Precision Digital Pressu |
| 1369 | Proj-Rodi System Flow |
| 1370 | Polystat Refrigerator Bath - C |
| 1371 | 2 Smart Gages & 2 Differential |
| 1372 | Static Base Starter for Track |
| 1373 | Neptune Chemical Feed System - |
| 1374 | 2 Conductivity Probes for Finn |
| 1375 | 4 Bailey Smart Transmitters  W |
| 1376 | EG&G Flow Transfer Standard In |
| 1377 | 3 D215-F070-PT-09 DO Sensor 19 |
| 1378 | USON Slot Bag, Mist Separator |
| 1379 | Brinkmann Industries Column he |
| 1380 | Brink-Sample Changer |
| 1381 | Brink-Sample Changer |
| 1382 | Waters-Dual WL Absorbance Det |
| 1383 | Auto Endotoxin Detection Sys M |
| 1384 | Auto Endotoxin Detection Sys M |
| 1385 | Refridgerator, Gen, Soldr - VW |
| 1386 | Climet-Particle counter |
| 1387 | VWR-Low Temperature Incubator |
| 1388 | Biotest-RCS Plus Unit |
| 1389 | Waters-Gradient Compnent Syste |
| 1390 | Waters-2487 2YR Ta Warrenty BU |
| 1391 | Advanced Instrum-High throughp |
| 1392 | VWR-Nominal 5'Vertical Laminar |
| 1393 | Cambridge Scientific-(1) VWR R |
| 1394 | SCL-10A System Controller/SIL- |
| 1395 | Conductivity Meter with CDC565 |
| 1396 | Label Counting/Inspection Mach |
| 1397 | Vitek - 32/Data Trac & Devices |
| 1398 | RCS Plus Air Sampler - Biotest |
| 1399 | Bench Top Steady State Temp./H |
| 1400 | 486UV/VIS Tunable Absorbance D |
| 1401 | Isotemp Refrigerator 51 Cuft 1 |
| 1402 | Environmental Chamber 0-60C wi |
| 1403 | Labconco Purifier Class II Sat |
| 1404 | Close Project-TOC Monitor High |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 1405 | Multiple Test Tube Vortexer-Th |
| 1406 | Close Project-GC Upgrade-QC La |
| 1407 | MILLENNIUM ADDITIONAL-MILLIPOR |
| 1411 | 1.0 CU. FT. VACUUM OVEN-BAXTER |
| 1413 | REBUILT 510 PUMP-CHROMATOGRAPH |
| 1414 | MILLENIUM 2010 CHOM. MANAGER. |
| 1415 | PH METER W/TEMP. PROBE & BUFFE |
| 1416 | HS 750 OXYGEN ANALYZER W/CASE, |
| 1417 | I-200 INTERFACE, MILLIPORE COR |
| 1420 | ASHING SYSTEM-CEM CORP. |
| 1421 | 486 UV/VIS DETECTOR-MILLIPORE |
| 1422 | DIGITAL MELTING POINT APPARATU |
| 1423 | ENVIROMENTAL CHAMBER W/DBL REC |
| 1424 | ENVIROMENTAL CHAMBER W/SNGL RE |
| 1425 | MULTIPLE TEST TUBE VORTEXER-TH |
| 1426 | AT-261 SEMI-MICRO BALANCE-FISH |
| 1427 | PH METER W/TEMPERATURE PROBE-R |
| 1428 | RCS STANDARD AIR SAMPLER-BIOTE |
| 1431 | BF Illuminator/Sow Lamphouse/T |
| 1432 | C1-500-01 Laser Airbone - Clim |
| 1433 | BIOLOGICAL AIR SAMPLER-NEW BRU |
| 1434 | JOHN FLUKE SCOPEMETER W/ACCESS |
| 1435 | HEATING BATH CIRCULATOR, BAXTE |
| 1436 | 2-T316 5 GAL ELECTRO POLISHED |
| 1437 | STERITEST II UNIT, MILLIPORE C |
| 1438 | COMPARATOR PUMP W/ CASE,TOOLS |
| 1439 | RTD SIMULATOR & 2 DECADE BOXES |
| 1440 | AIR BALANCE MULTIFUNCTION METE |
| 1441 | INTEGRITEST II, 110V-MILLIPORE |
| 1442 | Cole Parmer (5 years) 8 Channe |
| 1444 | Trans In Glycol Chiller |
| 1445 | VWR-Mettler Toledo Top loading |
| 1446 | Proj-Chrom scale up |
| 1447 | Pall |
| 1448 | Cole Parm |
| 1449 | Semi Prep Flow Cell 3mm Path L |
| 1450 | Objective Lens - SLWD 100X CF |
| 1451 | Recorder 2 PEN 10" Circular (T |
| 1452 | Ecodos Triplex Pump with 316 S |
| 1453 | Refurbished 486 Absorbance Det |
| 1454 | Benchtop Orbital Shaker - Cole |
| 1455 | 2 Reconditioned Waters Model 5 |
| 1456 | VF5 Hood Superstructure/Fume H |
| 1457 | Maxisette at 50 Hydraulk Torqu |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 1458 | VF5 Hood Superstructure/Fume H |
| 1459 | In-Line Vacuum Degasser - All |
| 1461 | Model 505S Peristalic Pump, 22 |
| 1462 | 610 Solids Concent. Mon./In Li |
| 1463 | Close Project-Automated Fillin |
| 1464 | Mini Mag 5/16"x14" shaft - Flu |
| 1465 | Chromatography 55702-492 Refri |
| 1466 | MUSEUM OF SCIENCE SET DESIGN-P |
| 1467 | MILLENNIUM CHROMATOGRAPHY MANA |
| 1468 | RIETSCHLE VACUUM PUMP W/O MOTO |
| 1469 | INFUSION PUMP-CURTIN MATHESON |
| 1471 | PROJECT-PROTEIN CHEMISTRY GDT |
| 1472 | 2-RECOND. WATERS 510 HPLC PUMP |
| 1473 | UV SPECTROMETER-BECKMAN($11,14 |
| 1474 | ELECT.CAPTURE DETECT.-HP($3,31 |
| 1475 | MILLENNIUM CHROMATOGRAPHY MANA |
| 1476 | TRANSFER CULTURE FERMENTOR, NE |
| 1477 | WISP W/COOLING UNIT,PUMP&DETEC |
| 1478 | HEMOX-ANALYZER-TCS, MEDICAL CO |
| 1479 | REFRIGERATED BATH/CIRCULATOR W |
| 1480 | AUTOSAMPLER W/HEATER & COOLING |
| 1481 | COOLFLOW REGRIG. RECIRCULATOR |
| 1483 | HEAT EXCHANGER, ENERGY, INC. |
| 1485 | PROJECT-HPLC DATA MANAGER |
| 1486 | RECONDITIONED SMAC-J.P. BIOMED |
| 1488 | PROCESS REFRACTOMETER-ANACON D |
| 1489 | CENTRIFUGE W/ACCESSORIES-E.I.D |
| 1490 | PHAST SYSTEM-KABI BIOMEDICAL |
| 1492 | PROJECT-PILOT SCALE MEMBRANE T |
| 1493 | GH-432 POSITIVE DISPLACEMENT P |
| 1494 | 1.5 L GLASS STIRRER VESSEL-BRI |
| 1495 | MINI MAG.-FLUITRON |
| 1496 | BATH COOLER-NESLAB INSTRUMENTS |
| 1497 | FREEZER CHEST |
| 1498 | SPECTROPHOMETER |
| 1499 | PUMP CART |
| 1500 | WATERS LAB |
| 1501 | MICROCENTRIFUGE |
| 1503 | C0-0XIMETER |
| 1504 | GAS FILT MODULE |
| 1505 | LEXO2CON |
| 1506 | PERISTALTIC PUMP |
| 1507 | MULTIDRIVE FOR ISOELECTRIC |
| 1508 | REFRIG BATH CIRCULATOR |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 1509 | TURBIDMETER |
| 1510 | GC-F10 SYSTEM |
| 1511 | COLUMN HEATERS LAB E |
| 1512 | SYSTEM INTERFACE MODULE |
| 1513 | BALANCE AE-100 |
| 1514 | TITRATOR |
| 1515 | WATERS M6000 PUMNP |
| 1516 | FREEZER |
| 1517 | PH METER |
| 1518 | MODEL-C PRESS GUAGE |
| 1519 | ULTRASCAN XL LASER |
| 1520 | PH METER |
| 1521 | AUTOBURETTE |
| 1522 | SHAKERS |
| 1523 | COLUMN HEATERS |
| 1524 | TEMP CONTROL MODULE |
| 1525 | POLYMERIZATION SYSTEM |
| 1526 | KINETIC READER |
| 1527 | MICROSCOPE |
| 1528 | AUTOCLAVE |
| 1529 | INCUBATOR |
| 1530 | INCUBATOR |
| 1531 | CULTURE FERMENTOR |
| 1532 | MC2 CENTRIFUGE |
| 1533 | MILI QPLUS W/UF 5 BOWL |
| 1534 | FUME HOOD W/BLOWER |
| 1535 | 115V VACUM PUMP |
| 1536 | REFRIGERATOR LAB |
| 1537 | U6K LAB CONTROL SYS |
| 1538 | GEL SCANNER M 1312 |
| 1540 | KCS HEMOX ANALYZER |
| 1541 | UA-5 DETECTOR/SEP |
| 1543 | HOMOGENIZER |
| 1544 | WATER BATH |
| 1578 | Pagination Machine - Count Num |
| 1815 | CO-OXIMETER, INSTRUMENTATION L |
| 1816 | RECONDITIONED IL282 CO-OXIMETE |
| 1817 | 14-CALIBRATED FLOW PROBES, CAR |
| 1847 | Slit to Agar Sampler M1252-000 |
| 1849 | Quaternary Pump with Degasser |
| 1864 | F957 Cleaning System |
| 1865 | F957 Cleaning System |
| 1866 | Co-Oximeter - Plus Training |
| 1872 | 80 Freezer Model ULT2586-7-A29 |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
| --- | --- |
| 1875 | Tektronics 4 CH 100 MHZ DPO |
| 1881 | PowerWavex 340 Scan Microplate |
| 1882 | Auto Plate Washer |
| 1883 | Complete Dispense & Waste Syst |
| 1884 | Univers Calibration Test Plate |
| 1891 | Fill Valve Actuator Shaft |
| 1892 | 1784-KTX DH+ ,DH-485, REMI |
| 1893 | 8 Channel Electrapette ADJ 15 |
| 1894 | Incubator, VWR Model 1525-115V |
| 1902 | Sterile Tubing Welders (3) |
| 1906 | Defribulator - First Save AED |
| 1907 | Defribulator - First Save AED |
| 1908 | Defribulator - First Save AED |
| 1910 | DR/4000V Spectrophotometer |
| 1911 | T201 Temp Sensor Glass PH Mete |
| 1917 | HEMOX analyzer, model B, 115v |
| 1918 | CM02 Oxygen Headspace Analyzer |
| 1919 | Installation of Plant Steam |
| 1920 | DSM-10 UV/VIS CD |
| 1931 | Existing Reciprocation Chiller |
| 1972 | ABB 7.5HP, 460 VAC, Nema |
| 1980 | Liquid Ring Vacuum Pump |
| 1981 | Tecan Sunrise Microplate |
| 1991 | Chest Frezer, Revco |
| 1992 | Thermopane Glass Isotemp |
| 1993 | IEC Centra 8R Top |
| 1994 | 49 CU Ft Iso Temp Refrigerator |
| 1995 | Auto Sampler 120V Portable TOC |
| 2005 | Waters 717 Plus Autosampler |
| 2090 | Precision Heatseal Press Syst. |
| 2091 | Mettler Analytical Balance |
| 2094 | 2487 UV/VIS Detectors |
| 2095 | Waters 717 Plus Autosampler |
| 2096 | HPLC Station |
| 2098 | HPLC Station Eequipment |
| 2099 | Thermo Haake DC30-B3 100VAC |
| 2105 | Well KineticEndoxin System,LAL |
| 2106 | Model 682 Co-Oximeters (2) |
| 2107 | 515 HPLC Pump/Control Module |
| 2108 | Packed Inlet with Septum Purge |
| 2325 | Brinkman Titrator System IQ/OQ |
| 2326 | Matrix Multi Channel Pipet |
| 2327 | Yokogawa Chart Recorder SR10 |
| 2329 | Thermal Conductivity Detector |

## Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---------|-------------|
| 2330 | Integrity Test Unit - Chisholm |
| 2331 | Temperature &Humidity Recorder |
| 2333 | Spectrophometer Power Wavex |
| 2334 | Nova STAT Prof M3Test Anal (2) |
| 2335 | Glassware Washer Model 8890 |
| 2336 | M32 V4.0 Add-on MS Suitability |
| 2337 | Labcoco Glove Box 16-101-26 |
| 2338 | Sterile Tubine Welders (2) |
| 2353 | Thermal Ice Storage Unit/Pump |
| 2354 | Piping for T-957 and Associate |
| 2355 | Pump Sludge from MDC Gas Trap |
| 2356 | Pump with Standar Clearance |
| 2357 | Procell SS Housing/Ultra Filte |
| 2358 | Super Master Floor Crane |
| 2359 | Pump OSS-10-H-W |
| 2361 | Air Compressor Process Eqmt |
| 2362 | Tag: LE/LIT 13512 |
| 2363 | AT100 TAG LE/LIT 13513 |
| 2364 | Tag NO. FE-15102 |
| 2365 | 1" Pneumatic Actuator |
| 2366 | PVDF Verticle Immersible Pump |
| 2367 | Raw Material Test Lab Buildout |
| 2369 | Epoxy counters & backsplashes |
| 2370 | Services on Optek sensor |
| 2386 | Pump with Std Clearance,5HPVDF |
| 2387 | GAI - Tronics 295 F |
| 2388 | Tag NO PIT-99010 |
| 2389 | Tag NO LIT-99008 |
| 2390 | Compressor AC-1704 |
| 2391 | Tag PIT-95603 - 1.5"TriClamp |
| 2392 | Solenoid Valve Panel |
| 2393 | Plus GC system |
| 2394 | Sanitary Filter Housing |
| 2395 | Autoinjector module |
| 2396 | Install Buffer AB Tank/Piping |
| 2397 | Autosampler Tray Module |
| 2398 | Pump Vacuum System |
| 2400 | Festo Control System |
| 2401 | Single inst. GC Chem Station |
| 2402 | Polyurethane Tubing, 200M |
| 2403 | Chem station plus security pak |
| 2405 | Hose Assy - Flex Lines |
| 2408 | 2 Single Tank CIP/RODI System |
| 2412 | Nettco NSPG-150 |

## Attachment 29 - Machinery and Fixtures

| Asset # | Description |
| --- | --- |
| 2414 | HVAC Air Conrol System Upgrade |
| 2415 | Polypro Tank with 304 SS Tank |
| 2418 | Nitrogen Blanket System |
| 2421 | Maxisette 50 AT SS Hardware |
| 2426 | 2 Fristan Pump Mod FP3532/140 |
| 2430 | Tanks (WFI Stor, 700L Dyox) |
| 2431 | 2100 Liter WFI Storage Tank |
| 2432 | Fiber glass grating o/ neutral |
| 2433 | Steritest Compact 110V/60H |
| 2434 | Converter 4422/Dual Beam Color |
| 2435 | HEPA Filter & Room Test & Cert |
| 2436 | 2 Location Vaccuum Ctrl Center |
| 2437 | Autoclaves, LAF hood 6" bench |
| 2438 | Sterility Test Tube Suite |
| 2439 | 700L Deoxygenation Tank |
| 2440 | Filter Cart (801,02 AB,05,900s |
| 2441 | WFI Multiple Effect Water Stil |
| 2442 | Perilistic Pump Biopure P-953 |
| 2443 | 2" 40 Mesh Screen |
| 2444 | SaniJet 20 Tank Cleaning Mach |
| 2445 | Thermostatic Trap 1-1/2" BT6HC |
| 2446 | Air Cooled Screw Chiller /R-22 |
| 2447 | RCS Actuator with Card NEMA4 |
| 2449 | Buslace /E PCB |
| 2456 | Heat Pump with Dual Evaporator |
| 2459 | Close Project Sanitary Filter |
| 2463 | Temp Control Modul for Olis CD |
| 2481 | Nitrogen Distribution to HPLC |
| 2482 | Advanced Osmometer Model 3900 |
| 2483 | Microplate Incubator Shaker |
| 2485 | Hand-Held Tubing Sealer |
| 2486 | Pressure Tranducers with Pump |
| 2488 | 9 Overhead Shelf Cabinets |
| 2496 | Avatar 370 DTGS Spectrometer |
| 2497 | Mettler Toledo Model MXS Balan |
| 2505 | PH Conductivity Meter Mod 550A |
| 2506 | PH Conductivity Meter Mod 550A |
| 2507 | Spectrophotometer 320-1100 |
| 2515 | Gilson 215 Liquid Handler |
| 2516 | Quaternary Grandient Pump, P68 |
| 2517 | Refractive Index Detector, RI |
| 2518 | Column Switching Valve, MSV-6 |
| 2520 | STH 585 Column Oven, 69 cm Len |
| 2521 | Chromeleon PCSE-2 |

Attachment 29 - Machinery and Fixtures

| Asset # | Description |
|---|---|
| 2523 | Photometer, Optek Model C4422/ |
| 2540 | Thermal Mass Flow Meters (2) |
| 2541 | PH Conductivity Meter Mod 550A |
| 2555 | Distribution System Sampling |
| 2559 | KVM Switch Mounting Kit |
| 2569 | T & T Pump with Motor |
| 2570 | Vitek Microbial Identifier |
| 2579 | Duplex 2HP OilLess Vacuum Pump |
| 2580 | 2 STA-203 Biological Air Sampl |
| 2581 | Versaport 10 Particle Counter |
| 2582 | 15" Powerbook PBG4, 1.25GHZ |
| 2593 | Bug Light |
| 2604 | Axial Chromatography Scale-Up |
| 3455 | HVAC system |
| 3456 | Stainless Steel Vacuum chamber |
| 3459 | Astotherm Plus 220S Blood and |
| 3460 | Astotherm Plus 220S Blood and |
| 3472 | 2888 Deckmate Floor Scale |
| 3473 | 2888 Deckmate Floor Scale |