**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

In Re: Biopure Corporation                    **Case/AP Number** 09-16725 **-FJB**

                                              **Chapter** 11

#10 Motion of Debtor for Order (i)(A) Approving Bid Procedures; (B) Authorizing
and Scheduling an Auction; (C) Approving Payment of an Expense Reimbursement; (D)
Establishing Procedures Relating to the Assumption and Assignment of Executory
Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; and
(E) Scheduling a Sale Hearing; and (ii) an Order or Orders Authorizing and
Approving (A) the Sale of Substantially All of the Debtor's Assets Free and Clear
of All Liens, Claims and Encumbrances; and (B) the Assumption and Assignment of
Executory Contracts and Unexpired Leases in Connection Therewith (C. Panos)
#125 Notice of Cure Amount Objection (Spear Realty)                          ⊞

**COURT ACTION:**

#10_____ Hearing held

_____Granted    _____ Approved _____Moot

_____Denied     _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled  _____ Sustained

_____Continued to_____

_____ Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____ No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:

1. With respect to the Purchased Assets, the Court entered a separate
order approving the sale (the "Purchased Assets Order"). See separate
order. Though the Purchased Assets Order does not fully resolve the
sale motion in that the sale of the EHSA Asset remains unresolved, the
Court hereby finds, in accordance with Fed. R. Civ. P. 54(b), that
there is no just reason for delay as to the Purchased Assets, and the
Court has directed entry of the Purchased Assets Order as a final order
with respect to sale of the Purchased Assets.


2. With respect to sale of the EHSA Assets, the hearing is continued
to September 3, 2009, at 3:00 p.m., which continued hearing shall be
evidentiary. Any reply to the Hintlian Limited Objection [doc. #136]
shall be filed by September 1, 2009, at 12:00 noon.


                    IT IS SO ORDERED:


                    _Frank J Bailey_

                    _____   Dated: 8/20/2009
                    Frank J. Bailey
                    United States Bankruptcy Judge