**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Biopure Corporation

**Case/AP Number** 09-16725 **-FJB**
**Chapter** 11

EVIDENTIARY HEARING:
#10 Motion of Debtor for Order Authorizing and Approving (A) the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims and Encumbrances; and (B) the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith (C. Panos)
#136 Limited Objection of Varney Hintlian, et al (L. Frisoli)
#156 Response of Luxadvor S.A. (D. Rosner)

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Evidentiary hearing held. Proposed order to be filed on or before September 9, 2009.

IT IS SO ORDERED:

*Frank J Bailey*
_____ Dated: 9/3/2009
Frank J. Bailey
United States Bankruptcy Judge