**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Biopure Corporation                                              **Case/AP Number** 09-16725 **-FJB**

**Chapter** 11

Doc# 157 Assented To Motion filed by Creditor Looney Cohen Reagan & Aisenberg LLP for Limited Relief from Stay to Permit Application of Retainer

**COURT ACTION:**

_____Hearing held

_____Granted         _____ Approved  _____Moot

_____Denied          _____ Denied without prejudice       _____Withdrawn in open court

_____Overruled  _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order           _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.   Movant is hereby granted relief from the automatic stay to apply the Retainer to the Outstanding Pre-Petition Invoice Amount.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 9/15/2009

Frank J. Bailey
United States Bankruptcy Judge